**FILED**
CO-386-online

SEP 3 0 2005  10/03

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
# For the District of Columbia

LA REUNION AERIENNE,                )
                                    )
                                    )
                          Plaintiff )
                                    )    Civil Actio
          vs                        )
                                    )
SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA, LIBYAN  )
EXTERNAL SECURITY ORGANIZATION, MUAMMAR QADHAFI,   )
ABDALLAH SENOUSSI, AHMED ABDALLAH ELAZRAGH, IBRAHIM )
NAELI, ARBAS MUSBAH, ISSA ABDELSALAM  SHIBANI AND   )
ABDELSALAM HAMMOUDA EL AGELI,       )
                                    )
                         Defendant  )

CASE NUMBER  1:05CV01932

JUDGE: Richard J. Leon

DECK TYPE: Personal Injury/Malpractice

DATE STAMP: 09/30/2005

## CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for   Plaintiff La Reunion Aerienne   certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of   Plaintiff La Reunion Aerienne   which have

any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record
_____
Signature

416487
_____
BAR IDENTIFICATION NO.

Christopher B. Kende
Print Name

1667 K Street, NW, Suite 500
Address

Washington, D.C. 20006
City          State          Zip Code

(202) 912-4800
Phone Number

3