IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LA RÉUNION AÉRIENNE<br>50 Rue Ampere<br>Paris 75017<br>France,<br>　　　　　　　Plaintiff,<br>　v.<br>SOCIALIST PEOPLE'S LIBYAN<br>ARAB JAMAHIRIYA, LIBYAN EXTERNAL<br>SECURITY ORGANIZATION, MUAMMAR<br>QADHAFI, ABDALLAH SENOUSSI, AHMED<br>ABDALLAH ELAZRAGH, IBRAHIM NAELI,<br>ARBAS MUSBAH, ISSA ABDELSALAM<br>SHIBANI AND ABDELSALAM HAMMOUDA<br>EL AGELI<br>Ministry of Foreign Affairs<br>Tripoli, Libya,<br>　　　　　　　Defendants. | Civil Action No. 1:05CV01932<br>The Honorable Richard J. Leon |

## **PROPOSED ORDER**

THIS MATTER having come before the Court on Motion of Plaintiff for an Order extending the period of time for effecting service in the above captioned matter for an additional 120 days, and the Court having determined that good cause exists for the relief sought;

1

IT IS hereby ORDERED that Plaintiff's Motion for a 120 Day Extension of Time to Complete Service of Process is GRANTED.

**SO ORDERED:**

DATED: _____  _____

United States District Judge