AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

LA REUNION AERIENNE

       Plaintiff(s)      )
                                )      **APPEARANCE**
                                )
            vs.           )      CASE NUMBER   05-CV-1932 (RJL)
SOCIALIST PEOPLE'S LIBYAN ARAB  )
JAMAHIRIYA, ET AL.,              )
      Defendant(s)      )

To the Clerk of this court and all parties of record:

Please enter the appearance of __Arman Dabiri__ as counsel in this
                                      (Attorney's Name)

case for: SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA, ET AL (see attached page)
                             (Name of party or parties)

May 18, 2006                                     /s/ A. Dabiri
Date                                                  Signature

463351                                          Arman Dabiri
BAR IDENTIFICATION                   Print Name

                                            1725 I Street, N.W., suite 300
                                            Address

                                            Washington, D.C., 20006
                                            City       State       Zip Code

                                            (202) 349-3893 -- email: armandab@worldnet.att.net
                                            Phone Number

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LA REUNION AERIENNE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Case No: 05-1932 (RJL) |
| ) | |
| THE SOCIALIST PEOPLE'S LIBYAN ) | |
| ARAB JAMAHIRIYA, *et al.,* ) | |
| ) | |
| Defendants. ) | |

**<u>NOTICE OF APPEARANCE</u>**

Undersigned counsel submits notice appearance on behalf of the following defendants in the above captioned matter:

1) Socialist People's Libyan Arab Jamahiriya; and

2) Libyan External Security Organization; and

Undersigned counsel further submits notice of special appearance on behalf of the following individual defendants for their official capacity only in the above captioned matter:

3) Muammar Qadhafi; and

4) Abdallah Senoussi; and

5) Ahmed Abdellah Elazragh; and

6) Ibrahim Naeli; and

7) Arbas Musbah; and

8) Issa Abdelsalam Shibani; and

9) Abdelsalam Hammouda El Ageli.

Counsel does not appear on behalf of the above individual named defendants in their

personal capacity as plaintiff has not served any of the individual defendants. The individual defendants do not waive any defenses relating to Constitutional Personal Jurisdiction.

Dated:       May 18, 2006                              Respectfully submitted,

                                                       //s//
                                                       Arman Dabiri
                                                       Law Offices of Arman Dabiri &
                                                              Associates, P.L.L.C.
                                                       1725 I Street, N.W., Suite 300
                                                       Washington, D.C. 20006
                                                       Tel. (202) 349-3893
                                                       Fax. (202) 349-3895
                                                       E-mail: armandab@worldnet.att.net

                                                       *Counsel for Defendants*