IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LA RÉUNION AÉRIENNE,<br>　　　　　　Plaintiff,<br>v.<br><br>SOCIALIST PEOPLE'S LIBYAN<br>ARAB JAMAHIRIYA, et al.,<br>　　　　　　Defendants. | Civil Action No. 1:05CV01932 (HHK) |

## **PROPOSED ORDER**

THIS MATTER having come before the Court on Motion of Plaintiff for an Order pursuant to Rule 4(f)(3) of the Federal Rule of Civil Procedure and 28 U.S.C. § 1608(b)(3)(C) directing alternative means of service on the individual named Defendants and the Libyan External Security Organization, and for an Order extending the for a reasonable period the time for effecting service of process on all Defendants, and the Court having determined that good cause exists for the relief sought;

IT IS hereby ORDERED that service of process may be made on the Libyan External Security Organization and on Defendants Muammar Qadhafi, Abdallah Senoussi, Ahmed Abdallah Elazragh, Ibrahim Naeli, Arbas Musbah, Issa Abdelsalam Shibani and Abdelsalam Hammouda El Ageli by mail to Arman Dabiri, counsel of record for all Defendants; and it is

FURTHER ORDERED that Plaintiff's Motion for an Order extending the time to complete service of process on all parties is GRANTED, and such time to complete service of process is extended until _____.

**SO ORDERED:**

DATED: _____       _____
　　　　　　　　　　　　　　　　　　　　　　　　　United States District