IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                    )
LA RÉUNION AÉRIENNE,                    )    Civil Action No. 1:05CV01932 (HHK)
                        Plaintiff,                )
            v.                                        )    **STIPULATION**
                                                    )
SOCIALIST PEOPLE'S LIBYAN          )
ARAB JAMAHIRIYA, et al.,                 )
                        Defendants.            )
_____)

IT IS STIPULATED AND AGREED, among the undersigned counsel, that Plaintiff La Réunion Aérienne's Motion for an Order Directing Alternative Means for Service of Process and for an Extension of Time to Complete Service of Process is withdrawn as to the Defendant Socialist People's Libyan Arab Jamahiriya, and, solely in their official capacities, the individual Defendants Muammar Qadhafi, Abdallah Senoussi, Ahmed Abdallah Elazragh, Ibrahim Naeli, Arbas Musbah, Issa Abdelsalam Shibani and Abdelsalam Hammouda El Ageli, the undersigned counsel for Defendants stipulating that service is deemed effective and proper as to those Defendants.

Plaintiff's motion is not withdrawn as to the Defendant Libyan External Security Organization; nor is it withdrawn as to the individual Defendants Muammar Qadhafi, Abdallah Senoussi, Ahmed Abdallah Elazragh, Ibrahim Naeli, Arbas Musbah, Issa Abdelsalam Shibani and Abdelsalam Hammouda El Ageli in their personal capacities, it being agreed that the undersigned counsel for Defendants does not represent these individuals in their personal capacities.

IT IS FURTHER STIPULATED AND AGREED that the Defendant Socialist People's Libyan Arab Jamahiriya, and, solely in their official capacities, the individual Defendants

Muammar Qadhafi, Abdallah Senoussi, Ahmed Abdallah Elazragh, Ibrahim Naeli, Arbas Musbah, Issa Abdelsalam Shibani and Abdelsalam Hammouda El Ageli shall have 60 days from the date hereof to answer or respond to the Complaint herein.

May 25, 2006

| | |
|---|---|
| _____/s/_____ | _____/s/_____ |
| Christopher B. Kende (D.C. Bar 416487) | Arman Dabiri (D.C. Bar 463351) |
| COZEN O'CONNOR | Law Offices of Arman Dabiri & |
| 45 Broadway, 16th Floor | Associates, P.L.L.C. |
| New York, N.Y. 10006 | 1725 I Street, N.W., Suite 300 |
| (212) 509-9400 | Washington, D.C. 20006 |
| ckende@cozen.com | (202) 349-3893 |
| *Attorney for Plaintiff* | armandab@worldnet.att.net |
| | *Attorney for Defendants* |