UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LA RÉUNION AÉRIENNE ) | Civil Action No. 1:05CV01932 (HHK) |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| SOCIALIST PEOPLE'S LIBYAN ) | |
| ARAB JAMAHIRIYA, LIBYAN EXTERNAL ) | |
| SECURITY ORGANIZATION, MUAMMAR ) | |
| QADHAFI, ABDALLAH SENOUSSI, AHMED ) | |
| ABDALLAH ELAZRAGH, IBRAHIM NAELI, ) | |
| ARBAS MUSBAH, ISSA ABDELSALAM ) | |
| SHIBANI AND ABDELSALAM HAMMOUDA ) | |
| EL AGELI ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S REQUEST FOR INTERNATIONAL
JUDICIAL ASSISTANCE (LETTER ROGATORY)**

Pursuant to 28 U.S.C. § 1781, Plaintiff La Réunion Aérienne, by its undersigned counsel, hereby files a Request for International Judicial Assistance ("Letters Rogatory"), and requests that the Court issue a request to the appropriate judicial authority in Tripoli in the country of Libya to assist in the service of process in a civil proceeding before this Court in the above-captioned matter. Plaintiff believes that the issuance of the Letters Rogatory will expeditiously move this case forward. In support of this Request, Plaintiff submits eight proposed forms of the Request for Judicial Assistance contemporaneously herewith. The assistance requested is that the appropriate judicial authority in Libya effect service of process upon the following Defendants: Libyan External Security Organization ("LESO"), and, in their personal capacities only, Muammar Qadhafi, Abdallah Senoussi, Ahmed Abdallah Elazragh, Ibrahim Naeli, Arbas Musbah, Issa Abdelsalam Shibani and Abdelsalam Hammouda El Ageli. By this Request,

Plaintiff is neither seeking to serve Libya nor the seven individual defendants in their official capacities because Arman Dabiri, Esq., has appeared as counsel and stipulated to the propriety of service as to these Defendants.  Attached as Exhibit A is a copy of the Complaint filed in this case and attached as Exhibit B are copies of the Summonses for each of the Defendants. Exhibits C through J are eight proposed forms for the Letters Rogatory for Defendants Libyan External Security Organization ("LESO"), Muammar Qadhafi, Abdallah Senoussi, Ahmed Abdallah Elazragh, Ibrahim Naeli, Arbas Musbah, Issa Abdelsalam Shibani and Abdelsalam Hammouda El Ageli.

## FACTS

Plaintiff, La Réunion Aérienne, by reason of certain insurance policies in which it participates on account of its members and coinsurers, is the assignee and subrogee of the rights of decedents Bonnie Barnes Pugh, James E. Turlington, Sr., Margaret Elizabeth Schutzius, Patrick Wayne Huff, Donald J. Warner, Mihai Alimanestianu, Mark E. Corder (hereinafter "Decedents") and Interlease, Inc., (hereinafter "Interlease") for certain claims as hereinafter described.  Plaintiff, as assignee and subrogee to the claims of decedents and of Interlease, claims entitlement to recover from Defendants all monies it paid as a result of the explosion of UTA flight 772 on September 19, 1989.  Upon information and belief, Defendants Libya, LESO, Muammar Qadhafi, Abdallah Senoussi, Ahmed Abdallah Elazragh, Ibrahim Naeli, Arbas Musbah, Issa Abdelsalam Shibani and Abdelsalam Hammouda El Ageli intentionally undertook actions that caused the Aircraft to explode in mid-air.  Upon information and belief Defendants, and each of them, were part of a conspiracy and acted in concert to cause the Aircraft to explode on September 19, 1989.  The explosion of the Aircraft constituted a premeditated and deliberate act of extrajudicial killing and aircraft sabotage within the meaning of 28 U.S.C. § 1605.  The

explosion of the Aircraft gave rise to intentional torts under the States' common and statutory law, including but not limited to wrongful death statutes as to each of the Decedents and in damages for loss of the aircraft owned by Interlease, according to specific domicile of each decedent and Interlease.

WHEREFORE, Plaintiff, for the foregoing reasons, hereby requests that the Court:

A.   Grant the Plaintiff's Request;

B.   Issue the Request in the eight forms provided herewith; and

C.   Grant such other and further relief as the case may require.


Date:  May 31 2006                           Respectfully submitted,



                                              /S/ Christopher B. Kende
                                             Christopher B. Kende, Esquire (D.C. 416487)
                                             COZEN O'CONNOR
                                             1627 I Street, NW
                                             11th Floor
                                             Washington, D.C. 20006
                                             (202) 912-4800
                                             (202) 912-4830 (facsimile)
                                             *Attorney for Plaintiff*