# EXHIBIT J

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                            )
LA RÉUNION AÉRIENNE                          )        Civil Action No. 1:05CV01932 (HHK)
                                            )
50 Rue Ampere                               )
Paris 75017                                 )
France,                                     )
                        Plaintiff,          )
            v.                              )
                                            )
SOCIALIST PEOPLE'S LIBYAN                   )
ARAB JAMAHIRIYA, LIBYAN EXTERNAL            )
SECURITY ORGANIZATION, MUAMMAR              )        REQUEST FOR
QADHAFI, ABDALLAH SENOUSSI, AHMED           )        INTERNATIONAL JUDICIAL
ABDALLAH ELAZRAGH, IBRAHIM NAELI,           )        ASSISTANCE (LETTER
ARBAS MUSBAH, ISSA ABDELSALAM               )        ROGATORY)
SHIBANI AND ABDELSALAM HAMMOUDA             )
EL AGELI                                    )
                                            )
Care Of Ministry of Foreign Affairs         )
Tripoli, Libya,                             )
                        Defendants.         )

        The United States District Court For The District Of Columbia presents its compliments

to the appropriate judicial authority of the Great Socialist People's Libyan Arab Jamahiriya, and

requests international judicial assistance to effect service of process to be used in a civil

proceeding before this court in the above captioned matter.


I. Request


        This court requests the assistance described herein as necessary in the interests of justice.

The assistance requested is that the appropriate judicial authority of the Great Socialist People's

Libyan Arab Jamahiriya effect service of process of the Summons with attachments, Complaint

and Certified Translations in the Civil Case of *La Reunion Aerienne v. Socialist People's Libyan Arab Jamahiriya, et al.,* Civil Action No. 1:05CV01932 (D.D.C.), upon the below named Defendant at his place of employment.

Abdelsalam Hammouda El Ageli, General People's Committee for Foreign Liaison and International Cooperation, Tripoli, Libya.

The appropriate judicial authority of the Great Socialist People's Libyan Arab Jamahiriya is requested to serve the above mentioned documents by personal service into the hands of the defendant or in a manner of service consistent with the laws of the Great Socialist People's Libyan Arab Jamahiriya.

II. Facts

Plaintiff, La Réunion Aérienne, by reason of certain insurance policies hereinafter described, in which it participates on account of its members and coinsurers, is the assignee and subrogee of the rights of decedents Bonnie Barnes Pugh, James E. Turlington, Sr., Margaret Elizabeth Schutzius, Patrick Wayne Huff, Donald J. Warner, Mihai Alimanestianu, Mark E. Corder (hereinafter "Decedents") and Interlease, Inc., (hereinafter "Interlease") for certain claims as hereinafter described. Plaintiff, as assignee and subrogee to the claims of decedents and of Interlease, claims entitlement to recover from Defendants all monies it paid as a result of explosion of UTA flight 772 on September 19, 1989. Plaintiff insured certain risks in connection with a certain DC-10 aircraft, bearing registration N. 54 629, (hereinafter "Aircraft") owned by Interlease. On September 19, 1989 the Aircraft departed Brazzaville, Congo enroute to Paris,

France, designated as UTA Flight 772. The aircraft took off and exploded in mid-air over the Tenere Desert in Niger, killing all aboard, including the decedents, all citizens of the United States, and destroying the Aircraft and its contents. Upon information and belief, Defendants Libya, LESO, Muammar Qadhafi, Abdallah Senoussi, Ahmed Abdallah Elazragh, Ibrahim Naeli, Arbas Musbah, Issa Abdelsalam Shibani and Abdelsalam Hammouda El Ageli personally and intentionally undertook actions that caused the Aircraft to explode in mid-air. Upon information and belief Defendants, and each of them, were part of a conspiracy and acted in concert to cause the Aircraft to explode on September 19, 1989. The explosion of the Aircraft constituted a premeditated and deliberate act of extrajudicial killing and aircraft sabotage within the meaning of 28 U.S.C. § 1605. The explosion of the Aircraft gave rise to intentional torts under the States' common and statutory law, including but not limited to wrongful death statutes for each of the decedents and of Interlease, according to specific domicile of each decedent and Interlease.

III. Reciprocity

    The United States District Court For The District Of Columbia expresses its sincere willingness to provide similar assistance to judicial authorities of the Great Socialist People's Libyan Arab Jamahiriya.

IV. Reimbursement For Costs

    The United States District Court For The District Of Columbia expresses its sincere willingness to reimburse the judicial authorities of the Great Socialist People's Libyan Arab Jamahiriya for costs incurred in executing the United States District Court For The District Of Columbia 's letter rogatory. Please contact Plaintiff's Attorney, Christopher B. Kende of Cozen

O'Connor, 1667 K Street NW, Suite 55, Washington D.C. 20006, telephone 202 912 4800, email

ckende@cozen.com, before exceeding the amount of $500.00.

DATED: _____    _____
       [Seal of Court]    United States District Judge Henry H. Kennedy, Jr.
                                       United States District Court For The District Of Columbia
                                       333 Constitution Ave., NW
                                       Washington, DC 20001

CERTIFICATION OF THE JUDGE'S SIGNATURE

I, _____, Clerk of United States District Court For The District Of Columbia, do

hereby certify that _____, Judge of United States District Court For The

District Of Columbia, whose signature is attached to the Letters Rogatory hereto annexed, was at

the date hereof the Judge of the United States District Court For The District Of Columbia and

that the official acts and doings of said Judge are entitled to full faith and credit, and that the

attestation to said Letters Rogatory is in due form of law.

I further certify that the seal attached to said Letters Rogatory is the seal of the Court.

Witness my hand and the Seal of the said Court at the city of Washington D.C. on the _____

day of _____ in the year _____.

[Seal of Court]                                    _____

                                                   Name of the Clerk _____

CERTIFICATION OF THE CLERK'S SIGNATURE

I, _____, Judge of United States District Court For The District Of Columbia, do

hereby certify that _____, Clerk of United States District Court For The

District Of Columbia, whose signature is attached to the Letters Rogatory hereto annexed, was at

the date hereof the Clerk of the United States District Court For The District Of Columbia and

that the official acts and doings of said Clerk are entitled to full faith and credit, and that the

attestation to said Letters Rogatory is in due form of law.

I further certify that the seal attached to said Letters Rogatory is the seal of the Court.

Witness my hand and the Seal of the said Court at the city of Washington D.C. on the _____

day of _____ in the year _____.

[Seal of Court]

_____

Name of the Judge _____