**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

| |
|---|
| **LA RÉUNION AÉRIENNE**<br><br>       **Plaintiff,**<br><br>    **v.**<br><br>**SOCIALIST PEOPLE'S LIBYAN**<br>**ARAB JAMAHIRIYA, et al.,**<br><br>       **Defendants.** |

**Civil Action 05-01932  (HHK)**

## ORDER

Before the court is plaintiff's motion for an order directing alternative means for service of process and for an extension of time to complete service of process [#7].  Since the filing of plaintiff's motion, defendants have stipulated that service is deemed effective and proper as to defendant Socialist People's Libyan Arab Jamahiriya and the individual defendants in their official capacities.  However, plaintiff's motion remains pending as to defendant Libyan External Security Organization and the individual defendants in their personal capacities.  Accordingly, it is this 2nd day of June, 2006, hereby

    **ORDERED** that plaintiff's motion, to the extent it remains pending, is **GRANTED**; and it is further

    **ORDERED** that, pursuant to Fed. R. Civ. P. 4(f)(3), service of process may be made on the Libyan External Security Organization and the individual defendants in their personal capacities by mail to Arman Dabiri, counsel of record for the Socialist People's Libyan Arab Jamahiriya and the individual defendants in their official capacities; and it is further

**ORDERED** that plaintiff shall have 60 days from the date of this order to complete service of process.

Henry H. Kennedy, Jr.
United States District Judge