UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LA RÉUNION AÉRIENNE,<br><br>                Plaintiff,<br>v.<br><br>SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA, LIBYAN EXTERNAL SECURITY ORGANIZATION, MUAMMAR QADHAFI, ABDALLAH SENOUSSI, AHMED ABDALLAH ELAZRAGH, IBRAHIM NAELI, ARBAS MUSBAH, ISSA ABDELSALAM SHIBANI AND ABDELSALAM HAMMOUDA EL AGELI<br><br>                Defendants. | Civil Action No. 1:05CV01932 (HHK) |

**CERTIFICATE OF SERVICE**

I hereby certify that true and correct copies of Summonses and the Complaint in the captioned matter (including a translation of the Complaint into Arabic) were served upon the Defendant Libyan External Security Organization, and, in their personal capacities, the individual Defendants Muammar Qadhafi, Abdallah Senoussi, Ahmed Abdallah Elazragh, Ibrahim Naeli, Arbas Musbah, Issa Abdelsalam Shiban and Abdelsalam Hammouda El Ageli, by sending separate Summonses and Complaints for each of said Defendants on the 5th day of June, 2006, by Certified Mail, Return Receipt Requested, to the following counsel of record, as authorized by Order of this Court, dated June 2, 2006:

    Arman Dabiri, Esq.
    Law Offices of Arman Dabiri & Associates, P.L.L.C.
    1725 "I" Street, N.W., Suite 300
    Washington, D.C. 20006

Christopher B. Kende, Esq. (D.C. 416487)
COZEN O'CONNOR
1627 "I" Street, N.W., Suite 1100
Washington D.C. 20006
(202) 912-4800