IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LA RÉUNION AÉRIENNE,<br>                    Plaintiff,<br>v.<br><br>SOCIALIST PEOPLE'S LIBYAN<br>ARAB JAMAHIRIYA, et al.,<br>                    Defendants. | Civil Action No. 1:05CV01932 (HHK) |

## NOTICE OF WITHDRAWAL OF MOTION

**PLEASE TAKE NOTICE** that plaintiff La Réunion Aérienne, by and through undersigned counsel, hereby withdraws its Motion for Issuance of Letters Rogatory that was filed on June 01, 2006.

Dated: June 08, 2006

                                                Respectfully submitted,

                                                _____/s/_____
                                                Christopher B. Kende, Esquire (D.C. 416487)
                                                COZEN O'CONNOR
                                                1627 "I" Street, NW, Suite 1100
                                                Washington, D.C. 20006
                                                (202) 912-4800 telephone
                                                (202) 912-4830 facsimile
                                                *Attorney for Plaintiff*