# EXHIBIT A

Case 1:05-cv-01932-HHK     Document 13-2     Filed 07/25/2006     Page 1 of 2

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**MANDATE**

Pursuant to the provisions of Fed. R. App. Pro. 41(a)

ISSUED: 4/20/06
BY: _____ Deputy Clerk

ATTACHED: ___ Amending Order
             ___ Opinion
             ___ Order on Costs

No. 05-7122

September Term, 2005

02cv02026

Filed On:

Robert L. Pugh, Individually on his own behalf and as
Executor of the Estates of Bonnie Barnes Pugh and
Malcolm R. Pugh, et al.,
    Appellees

v.

Socialist People's Libyan Arab Jamahiriya, et al.,
    Appellees

La Reunion Aerienne,
    Appellant



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED   MAR X 2 2006

CLERK

**BEFORE:**  Sentelle, Tatel, and Garland, Circuit Judges

### ORDER

Upon consideration of the motion for summary affirmance, the opposition thereto, and the reply; and the motion for summary reversal, the opposition thereto, and the reply, it is

**ORDERED** that the motion for summary affirmance be granted and the motion for summary reversal be denied. The merits of the parties' positions are so clear as to warrant summary action. See Taxpayers Watchdog, Inc. v. Stanley, 819 F.2d 294, 297 (D.C. Cir. 1987) (per curiam). The district court properly denied appellant's motion to intervene as untimely. See generally Smoke v. Norton, 252 F.3d 468, 471 (D.C. Cir. 2001). Appellant waited over two and a half years after the filing of the complaint to seek intervention, failed to give any explanation for this delay, and such delay could be prejudicial to the existing parties.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

Per Curiam

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk