IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LA RÉUNION AÉRIENNE,<br>　　　　　　　Plaintiff,<br>v.<br>SOCIALIST PEOPLE'S LIBYAN<br>ARAB JAMAHIRIYA, et al.,<br>　　　　　　　Defendants. | Civil Action No. 1:05CV01932 (HHK)<br><br>**MOTION ON CONSENT<br>EXTENDING PARTIES' TIME<br>TO FILE OPPOSITION AND<br>REPLY PAPERS ON MOTION<br>TO DISMISS** |

　　　　Plaintiff La Réunion Aérienne, through its undersigned counsel, and Defendants through their undersigned counsel, respectfully move this Honorable Court for an extension of time for Plaintiff to file its papers in opposition to Defendants Motion to Dismiss, and for Defendants to file their reply to Plaintiff's papers in opposition.

　　　　As grounds for this Motion, undersigned counsel state:

　　　　1. Pursuant to Local Rule 7(b), Plaintiff's papers in opposition to the Motion to Dismiss currently are due on August 7, 2006. Pursuant to Local Rule 7(d), Defendants' reply papers on the Motion would be due within five days after service of the papers in opposition.

　　　　2. The Motion to Dismiss raises numerous different issues, which the parties believe will require additional time to fully and adequately brief.

　　　　3. On July 27, 2000, Arman Dabiri, Esq., counsel for the Defendants,[1] and Edward Hayum, Esq., of counsel to Plaintiff, conferred and agreed that it would be appropriate to extend the time for briefing this Motion, so that Plaintiff's papers in opposition to the Motion be due by September 22, 2006, and Defendants' reply papers be due by October 13, 2006.

---

[1]　　Mr. Dabiri represents Defendants Socialist People's Libyan Arab Jamahiriya and Libyan External Security Organization, as well as the individual named Defendants in their official capacities only. He has entered a special limited appearance on behalf of the individual named Defendants in their personal capacities for purposes of the Motion to Dismiss only.

4. Under Rule 6(b)(1) of the Federal Rules of Civil Procedure, Plaintiff, through its undersigned counsel, respectfully requests an extension for submission of its papers in opposition to Defendants' Motion to Dismiss up to September 22, 2006, and Defendants through their undersigned counsel respectfully request an extension for submission of their reply papers in further support of the Motion up to October 13, 2006.

**WHEREFORE**, undersigned counsel respectfully request that this Motion For Extension of Time to file papers in opposition and in reply on Defendants' Motion to Dismiss be granted in all respects.

July 27, 2006

_____  
Christopher B. Kende (D.C. Bar 416487)  
COZEN O'CONNOR  
45 Broadway, 16th Floor  
New York, N.Y. 10006  
(212) 509-9400  
ckende@cozen.com  
*Attorney for Plaintiff*

_____  
Arman Dabiri (D.C. Bar 463351)  
Law Offices of Arman Dabiri &  
    Associates, P.L.L.C.  
1725 I Street, N.W., Suite 300  
Washington, D.C. 20006  
(202) 349-3893  
armandab@worldnet.att.net  
*Attorney for Defendants*