UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LA RÉUNION AÉRIENNE,<br><br>                    Plaintiff,<br><br>v.<br><br>SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA, LIBYAN EXTERNAL SECURITY ORGANIZATION, MUAMMAR QADHAFI, ABDALLAH SENOUSSI, AHMED ABDALLAH ELAZRAGH, IBRAHIM NAELI, ARBAS MUSBAH, ISSA ABDELSALAM SHIBANI AND ABDELSALAM HAMMOUDA EL AGELI<br><br>                    Defendants. | Civil Action No. 05-01932 (HHK) |

**ORDER**

Before the court is the Defendants' Motion to Dismiss (#13). Upon consideration of the motion, the opposition thereto, and the record of this case, it is this      day of          , 2006, hereby

ORDERED that defendants' motion (#13) is DENIED.

_____
Henry H. Kennedy, Jr.
United States District Judge