UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LA RÉUNION AÉRIENNE,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA, LIBYAN EXTERNAL SECURITY ORGANIZATION, MUAMMAR QADHAFI, ABDALLAH SENOUSSI, AHMED ABDALLAH ELAZRAGH, IBRAHIM NAELI, ARBAS MUSBAH, ISSA ABDELSALAM SHIBANI AND ABDELSALAM HAMMOUDA EL AGELI<br><br>　　　　　　　　Defendants. | Civil Action No. 05-01932 (HHK) |

**ORDER**

Before the court is the Plaintiff's Motion for Summary Judgment. Upon consideration of the motion, the opposition thereto, and the record of this case, it is this         day of              , 2006, hereby

ORDERED that Plaintiff's motion is GRANTED.

　　　　　　　　　　　　　　　　　　　　　　　　Henry H. Kennedy, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge