UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LA RÉUNION AÉRIENNE )<br>)<br>)<br>)<br>            Plaintiff, )<br>    v. )<br>)<br>SOCIALIST PEOPLE'S LIBYAN )<br>ARAB JAMAHIRIYA, LIBYAN EXTERNAL )<br>SECURITY ORGANIZATION, MUAMMAR )<br>QADHAFI, ABDALLAH SENOUSSI, AHMED )<br>ABDALLAH ELAZRAGH, IBRAHIM NAELI, )<br>ARBAS MUSBAH, ISSA ABDELSALAM )<br>SHIBANI AND ABDELSALAM HAMMOUDA )<br>EL AGELI )<br>)<br>)<br>            Defendants. )<br>) | Civil Action No. 05-01932 (HHK) |

## DECLARATION OF THIBAUT de MALLMANN

I, Thibaut de MALLMANN, declare as follows:

1.      I am the principal of SOGEA . SOGEA is a French corporation and an insurance claim adjusting firm, subsidiary of La Réunion Aérienne, which is a Plaintiff in an action against the Socialist People's Libyan Arab Jamahiriya, Libyan External Security Organization, Muammar Qadhafi, Abdallah Senoussi, Ahmed Abdallah Elazragh, Ibrahim Naeli, Arbas Musbah, Issa Abdelsalam Shibani and Abdelsalam Hammouda El Ageli, bearing Civil Action No. 05-01932 (HHK).

2.      I make this Declaration based on personal knowledge of the matters set forth herein.

3.  La Réunion Aérienne is an "economic interest group" (GIE), which is a special partnership organized and existing in accordance with the law of France notably the French decree of September 23, 1967, acting in the name of and on behalf of its member insurance companies. La Réunion Aérienne has its principal place of business in Paris, France.

4.  The group of insurers on whose behalf La Réunion Aérienne acts, insured certain risks in connection with a certain DC-10 Aircraft, bearing registration number N. 54 629 and owned by Interlease (hereafter "the Aircraft"). In this regard, this group of insurers issued policies of insurance numbered No. 89/18.636, No. 89/35.616 and No. 89/18493 to Interlease.

5.  Following the explosion of the Aircraft on September 19, 1989, the group of insurers on whose behalf La Réunion Aérienne acts, reimbursed $34,000,000.00 to Interlease and its lenders for the loss of the Aircraft in accordance with the terms of the policies of insurance. See Exhibit 1. The same group of insurers also paid the survivors and estates of the seven American victims of the Aircraft crash $2,011,172.42, as nearly as can now be computed, including, but not limited to, their funeral and other expenses incurred in repatriating the remains of the victims. The seven American victims were named Bonnie Barnes Pugh, Margaret Schutzius, Mark Corder, James Turlington, Patrick Huff, Donald Warner and Mihai Alimanestianu, hereafter referred to as "the Decedents." In sum, this group of insurers, on whose behalf La Réunion Aérienne acts, has paid in excess of $36,011,172.42 to Interlease, Interlease's lenders and the survivors and estates of the Decedents.

6.  Interlease and all of the Decedents' representatives and estates *expressly assigned* all of their claims against the Libyans to the group of insurers on whose behalf La Réunion Aérienne acts, to the extent of the insurers' payments to them. Copies of the Interlease assignment and a

sample of the individual survivors' assignments are annexed hereto as Exhibits 1 and 2, respectively.

7.  By the terms of the assignment executed by Interlease, Interlease transferred title to the Aircraft, destroyed by the defendants, to the group of insurers on whose behalf La Réunion Aérienne acts. See Exhibit 3. Interlease assigned all of its claims and causes of action for the loss of the Aircraft to this group of insurers, in exchange for payment of $34,000,000. The instrument of assignment, attached as Exhibit 1, provides in pertinent part:

> In consideration of the payment to be made hereunder, the undersigned [Interlease] hereby assigns, sets over, transfers and subrogates to the Underwriters all the rights, claims, interests, causes and remedy of actions to the extent of the above amount [$34 million] which it may have against any party, person, corporation or governmental agency who may be liable for the loss and hereby authorizes the Underwriters, to sue, compromise or settle in its name or otherwise, and the Underwriters are hereby fully substituted in its place and subrogated to the rights which it may have to the amount so paid.

8.  By the terms of the assignment, the group of insurers, on whose behalf La Réunion Aérienne acts, have the right, and are the only party with the right, to recover for the loss of the $34 million Aircraft destroyed by the defendants. Interlease's assignment of claims could not be clearer. It provides for the "transfer" of "all … rights, claims interests, causes and remedy of actions" and expressly authorizes the group of insurers to "sue, compromise or settle" all such claims and be "fully substituted in [Interlease's] place."

9.  Similarly, the Decedents' survivors expressly assigned their claims against the defendants to the group of insurers for whom La Réunion Aérienne acts, to the extent that La Réunion Aérienne has indemnified them for their losses. The instrument executed by each of the Decedents' legal representatives, a representative copy of which is annexed hereto as Exhibit 2, provides in pertinent part:

       Releasors hereby assign and set over by way of subrogation to Releasees, their successors and assigns, all of Releasors' rights and interests in any and all actions, claims and remedies that Releasors have or may have against any and all third parties who may be liable for the above described Accident and/or the destruction of the Aircraft accomplishing UTA Flight 772, to the extent of the amounts paid to Releasors pursuant to this Release. The Releasors hereby empower the subrogated Releasees to sue or settle in the place of the Releasors, and in the name of the latter or in the Releasees' own names in accordance with applicable law, in order for Releasees to recover for said loss against any and all such third parties.

10.    Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 21st day of September, 2006, in Paris, France.

_____

THIBAUT de MALLMANN