# Exhibit B

## BILL OF SALE

FOR GOOD AND VALUABLE CONSIDERATION RECEIVED, INTERLEASE, INC. ("Seller"), a Georgia corporation, hereby sells, transfers, assigns and conveys to _____ ("Buyer"), all of Seller's right, title and interest in and to the following personal property:

One (1) McDonnell Douglas DC-10-30 aircraft, manufacturer's serial number and U.S. Registration mark N54629, together with three General Electric CF6-50C2R Engines, manufacturer's serial numbers 517132, 455213 and 455283 (collectively the "Aircraft")

Seller warrants that Seller is the sole owner of the Aircraft and that Seller has made no prior transfer or assignment of the Aircraft or any part thereof which would affect title to any part of the Aircraft conveyed to Buyer hereunder.

The Aircraft was destroyed on or about 19 September 1989 as the result of an explosion which occurred while the Aircraft was in flight over the Tenere Desert in Niger. This Bill of Sale is executed and delivered in connection with the settlement of certain insurance claims related to such loss with Reunion Aeriennes. The Aircraft is sold, transferred, assigned and conveyed to Buyer hereunder in its "AS IS," "WHERE IS" condition on the date hereof.

IN WITNESS WHEREOF, this Bill of Sale is executed and delivered this _5_ day of October, 1989.

INTERLEASE, INC.

By: _____
        President

ACCEPTED THIS ____ DAY OF OCTOBER, 1989.

_____

By: _____

Stelzer\Agree\IL BOS