# Exhibit C

## LA RÉUNION AÉRIENNE

SIÈGE SOCIAL
50, RUE AMPÈRE - 75017 PARIS
TÉL. : (1) 47 66 04 35
TÉLEX : 642 598 F UNIRO PARIS
TÉLÉCOPIEUR : (1) 43 80 99 18
ADRESSE TÉLÉGRAPHIQUE : AERASSUR PARIS
R.C. PARIS C 703 002 352
SIRET 703 002 352 00028

GROUPEMENT INTERNATIONAL D'ASSURANCES ET DE RÉASSURANCES
GROUPEMENT D'INTÉRÊT ÉCONOMIQUE
RÉGI PAR L'ORDONNANCE DU 23 SEPTEMBRE 1967

Maud MARIAN
AVOCAT A LA COUR
176, bd Haussmann - 75008 PARIS
Tél. 01 42 89 10 77   Fax 01 42 89 06 97

POLICE N°   89/18636/UT

APÉRITEUR :   LA REUNION FRANCAISE

ASSURÉ :   . U T A  (UNION DE TRANSPORTS AERIENS)
3, Boulevard Malesherbes

75008  PARIS

INTERMÉDIAIRE :   Messieurs MALATIER & Cie
167, rue Montmartre

75002  PARIS

DATE : 17 Juillet 1989       DURÉE : 12 Mois

EFFET : 17 Mars 1989         EXPIRATION: 16 Mars 1990
         à 0 Heure GMT                    à 24 Heures GMT

NATURE DE L'ASSURANCE :

**EN CAS DE SINISTRE**
AVISER AUSSITÔT :
1° L'AGENT OU COURTIER
2° NOS EXPERTS (SOGEA)
MÊMES ADRESSE,
TÉL., TELEX

CORPS RISQUES DE GUERRE

DEPENSES ADDITIONNELLES DU FAIT
D'UN DETOURNEMENT D'AERONEF

# ANNEXE 1

## DESIGNATION DES AERONEFS ASSURES

### I. A LA DATE D'EFFET DU CONTRAT

| AERONEFS | IMMATRICULATION | VALEUR AGREEE |
|---|---|---|
| **1/ U T A (UNION DE TRANSPORTS AERIENS) -** | | |
| B 747 300 COMBI | F-GETA | USD 120.000.000 |
| * B 747 300 COMBI | F-GETB | USD 120.000.000 |
| B 747 300 COMBI | F-BTDG | USD 120.000.000 |
| B 747 300 COMBI | F-BTDH | USD 120.000.000 |
| B 747 F 200 CARGO | F-GBOX | USD 90.000.000 |
| B 747 300 | F-GFUK | USD 80.000.000 |
| * DC 10-30 | F-BTDE | USD 43.000.000 |
| DC 10-30 | N 54 649 | USD 40.000.000 |
| DC 10-30 | N 54 629 | USD 40.000.000 |
| DC 10-30 | F-BTDB | USD 40.000.000 |
| DC 10-30 | F-BTDD | USD 40.000.000 |
| DC 10-30 | F-BTDC | USD 40.000.000 |
| **2/ AEROMARITIME (COMPAGNIE AEROMARITIME D'AFFRETEMENT) -** | | |
| B 737 33 A | F-GFUA | USD 28.000.000 |
| B 737 33 A | F-GFUB | USD 28.000.000 |
| B 737 33 A | F-GFUC | USD 28.000.000 |
| B 737 33 A | F-GFUD | USD 28.000.000 |

\* Il est précisé que les aéronefs immatriculés F-BTDE et F-GETB sont mis à la disposition d'AEROMARITIME et peuvent être remplacés à tout moment par d'autres appareils du même type en cas d'indisponibilité.