# Exhibit D

89/18493/UT

Maud ...RIAN
*AVOCAT A ... COUR*
176, bd Haussm... - 75008 PARIS
Tél. 01 42 89 10 ... - Fax 01 42 89 06 97

LA REUNION FRANCAISE

U T A (UNION DE TRANSPORTS AERIENS)
Siège Social : 3 boulevard Malesherbes
<u>75008 - PARIS</u>

Messieurs MALATIER et Cie
167 Rue Montmartre

<u>75002 - PARIS</u>

| | | | |
|---|---|---|---|
| DATE : | 17 Juillet 1989 | DUREE | 18 MOIS |
| EFFET : | 17 MARS 1989 à 0 Heure GMT | EXPIRATION: | 16 SEPTEMBRE 1990 à 24 Heures GMT |

NATURE DE L'ASSURANCE

CORPS et RESPONSABILITE CIVILE

1.

La présente police est régie par les dispositions du Code des Assurances tant pour les Conditions Générales que Particulières qui suivent :

E N T R E :

**U T A  (UNION DE TRANSPORTS AERIENS) - SOUSCRIPTEUR**

<u>Siège Social</u> : 3 Boulevard Malesherbes
              75008 - PARIS

Agissant tant pour son compte que pour celui de qui il appartiendra, et plus particulièrement pour celui de :

- AEROMARITIME (COMPAGNIE AEROMARITIME D'AFFRETEMENT)
  50 Rue Arago
  92800 - PUTEAUX

- U.T.A. Transport, en tant que propriétaires de certains avions.

- REVIMA

ci-après dénommés "LES ASSURES"

.../...

E T :

Les Compagnies d'assurance désignées page 43 du présent contrat.

ci-après dénommés : **"LES ASSUREURS"**

## IL A ETE CONVENU CE QUI SUIT :

La Compagnie Apéritrice et les Compagnies désignées ci-dessus accordent chacune pour le pourcentage qui la concerne et sans solidarité entre elles, les garanties spécifiées ci-après aux Conditions tant Générales que Particulières.

.../...

# - S O M M A I R E -

## CONDITIONS GENERALES

|          |                                                                                   | PAGES |
|----------|-----------------------------------------------------------------------------------|-------|
| TITRE I  | : DISPOSITIONS GENERALES                                                          | 6     |
| TITRE II | : ASSURANCE CORPS                                                                 | 6     |
| TITRE III| : ASSURANCE RESPONSABILITE CIVILE                                                 |       |
|          | 1 - RESPONSABILITE CIVILE VIS-A-VIS DES TIERS NON TRANSPORTES                     | 10    |
|          | 2 - RESPONSABILITE CIVILE VIS-A-VIS DES PASSAGERS                                 | 10    |
|          | 3 - RESPONSABILITE CIVILE MARCHANDISES ET BAGAGES                                 | 10    |
|          | 4 - RESPONSABILITE CIVILE GENERALE                                                | 10    |
| TITRE IV | : EXCLUSIONS                                                                      |       |
|          | 1 - EXCLUSIONS COMMUNES A L'ASSURANCE CORPS ET A L'ASSURANCE RESPONSABILITE CIVILE | 11    |
|          | 2 - EXCLUSIONS PARTICULIERES A L'ASSURANCE CORPS                                  | 12    |
|          | 3 - EXCLUSIONS PARTICULIERES A L'ASSURANCE RESPONSABILITE CIVILE                  | 13    |
| TITRE V  | : OBLIGATION DES ASSURES - DECLARATIONS ET CONTROLE DES RISQUES                   |       |
|          | 1 - OBLIGATIONS DE SECURITE                                                       | 14    |
|          | 2 - SAUVEGARDE DES DROITS DES VICTIMES                                            | 15    |
|          | 3 - DECLARATION DES RISQUES                                                       | 15    |
|          | 4 - CONTROLE DES RISQUES                                                          | 16    |
|          | 5 - ASSURANCES MULTIPLES                                                          | 16    |
| TITRE VI | : SINISTRES                                                                       |       |
|          | 1 - DECLARATION                                                                   | 17    |
|          | 2 - DISPOSITIONS PARTICULIERES A L'ASSURANCE CORPS                                | 17    |
|          | 3 - DISPOSITIONS PARTICULIERES A L'ASSURANCE RESPONSABILITE CIVILE                | 18    |
|          | 4 - LIMITES DU MONTANT DE L'INDEMNITE                                             | 19    |
|          | 5 - CONTESTATION                                                                  | 20    |
|          | 6 - ASSURES ADDITIONNELS - RENONCIATION A RECOURS - SUBROGATION                   | 20    |

TITRE VII    : FORMATION ET DUREE DU CONTRAT                                    22
               RESILIATION                                                      22

ANNEXE I     : EXCLUSION DES RISQUES DE GUERRE DETOURNEMENT                     25
               ET AUTRES PERILS

ANNEXE II    : EXCLUSION DU BRUIT, DE LA POLLUTION ET                           26
               AUTRES RISQUES

ANNEXE III   : REGLEMENTATION CAB. - ER. 1253 14 CFR - PART 205                 27

## CONDITIONS PARTICULIERES

TITRE I      : ASSURANCE CORPS                                                  29

TITRE II     : ASSURANCE RESPONSABILITE CIVILE                                  29

               SECTION A - ASSURANCE RESPONSABILITE CIVILE PASSAGERS            29
               SECTION B - ASSURANCE RESPONSABILITE CIVILE MARCHANDISES         32
                           ET BAGAGES
               SECTION C - ASSURANCE RESPONSABILITE CIVILE GENERALE             32
               SECTION D - EXTENSION DE GARANTIE                                32

TITRE III    : DISPOSITIONS COMMUNES A L'ASSURANCE CORPS ET A
               L'ASSURANCE RESPONSABILITE CIVILE

               1 - MONTANT DES GARANTIES                                        34
               2 - CONDITIONS D'EMPLOI DES AERONEFS                             36
               3 - AFFRETEMENTS                                                 36
               4 - EQUIPAGES                                                    37
               5 - LIMITES GEOGRAPHIQUES                                        37
               6 - PERIODE DE LA POLICE                                         37
               7 - PRIMES ANNUELLES                                             37

               AVENANT DE RESSORTIE DE PRIME PROVISIONNELLE                     39

               ANNEXE I - DESIGNATION DES APPAREILS ASSURES                     41

               CO-ASSURANCE                                                     43