# Exhibit G

Case 1:05-cv-01932-HHK    Document 16-13    Filed 09/22/2006    Page 2 of 21


**The New York Times**
nytimes.com

September 23, 1989

# Mihai Alimanestianu, Parking Engineer, 71

LEAD: Mihai Alimanestianu, a civil and mechanical engineer who originated Speed-Park in Manhattan, one of the first completely automatic parking garages, died on Tuesday in the crash of a DC-10 jumbo jet in the Niger desert en route from Chad to France. He was 71 years old and lived in Manhattan.

Mihai Alimanestianu, a civil and mechanical engineer who originated Speed-Park in Manhattan, one of the first completely automatic parking garages, died on Tuesday in the crash of a DC-10 jumbo jet in the Niger desert en route from Chad to France. He was 71 years old and lived in Manhattan.

There were no survivors among the 171 people on the plane.

Mr. Alimanestianu was returning here after completing a construction project in Gabon, where he was a consultant to the President, a spokesman for the family said.

He was the former president of Speed-Park on 43d Street just west of Eighth Avenue. Using elevators and special lifts, one operator was able to manage the entire garage. The process was invented by Mr. Alimanestianu, and the garage was financed by him and Huntington Hartford, heir to the A. & P. fortune, who later sold his 70 percent interest in the venture. The garage has been replaced by a parking lot.

Mr. Alimanestianu was born in Rumania.

Surviving are his wife, the former Ioana Fulga, and four children, Joanna, Nicholas, Irina and Alexander, all of Manhattan.

Copyright 2006 The New York Times Company | Home | Privacy Policy | Search | Corrections | XML | Help | Con