# Exhibit M

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT L. PUGH, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>SOCIALIST PEOPLE'S LIBYAN<br>ARAB JAMAHIRIYA, et al.,<br><br>　　　　　　Defendants. | Civil Action No. 02-2026 (HHK) |

## LA RÉUNION AÉRIENNE'S MOTION FOR INTERVENTION

Plaintiff in Intervention, La Réunion Aérienne (hereinafter "LRA"), by and through its undersigned attorneys, hereby moves this Honorable Court to permit LRA to file the annexed Complaint-in-Intervention and to Intervene as a party plaintiff, pursuant to Fed R. Civ. P. 24(a)(2), or in the alternative, pursuant to Fed. R. Civ. P. 24(b)(2), for the reasons set forth in the accompanying Memorandum of Law.

Dated: July 20, 2005
　　　　Washington, D.C.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　　___s/ Peter J. McHugh___
　　　　　　　　　　　　　　　　　　　　　Christopher B. Kende, D.C. Bar No. 416487
　　　　　　　　　　　　　　　　　　　　　Peter J. McHugh, D.C. Bar No. 444279
　　　　　　　　　　　　　　　　　　　　　John F. Keating, Jr., D.C. Bar No. 431867
　　　　　　　　　　　　　　　　　　　　　COZEN O'CONNOR
　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff-in-Intervention
　　　　　　　　　　　　　　　　　　　　　La Réunion Aérienne
　　　　　　　　　　　　　　　　　　　　　1667 K Street, NW, Suite 500

Washington, D.C. 20006
ckende@cozen.com
pmchugh@cozen.com
jkeating@cozen.com