# Exhibit N

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT L. PUGH, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA, et al.,<br><br>Defendants. | Civil Action 02-2026 (HHK) |

### ORDER

Before the court is La Reunion Aerienne's motion to intervene as a plaintiff [#27]. Upon consideration of the motion, the opposition thereto, and the record of this case, it is this 23rd day of August, 2005, hereby

**ORDERED**, that La Reunion Aerienne's motion to intervene is **DENIED** as untimely under Fed. R. Civ. P. 24.

Henry H. Kennedy, Jr.
United States District Judge