**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LA REUNION AERIENNE, | ) |
| | ) |
| Plaintiff, | ) |
| | )   Civil Case No: 05-1932 (HHK) |
| v. | ) |
| | ) |
| THE SOCIALIST PEOPLE'S LIBYAN | ) |
| ARAB JAMAHIRIYA, *et al.,* | ) |
| | ) |
| Defendants. | ) |

**<u>ORDER</u>**

The Court having considered the defendants' motion to strike plaintiffs' motion for summary judgment and all relevant responses and replies thereto, it is hereby,

**ORDERED**, that defendants' motion to strike be, and hereby is, granted and it is further

**ORDERED**, that plaintiff's motion for summary judgment be struck from the Court's docket as untimely.

_____

United States District Judge

Dated:_____