UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LA RÉUNION AÉRIENNE<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA, LIBYAN EXTERNAL SECURITY ORGANIZATION, MUAMMAR QADHAFI, ABDALLAH SENOUSSI, AHMED ABDALLAH ELAZRAGH, IBRAHIM NAELI, ARBAS MUSBAH, ISSA ABDELSALAM SHIBANI AND ABDELSALAM HAMMOUDA EL AGELI<br><br>　　　　　　　　Defendants. | Civil Action No. 05-01932 (HHK) |

**ORDER**

The Court having considered the Defendants' motion to strike Plaintiff's motion for summary judgment and Plaintiff's memorandum in opposition thereto and all other relevant pleadings in this matter, it is hereby,

ORDERED that Defendants' motion to strike be and hereby is denied in all respects.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Dated: