# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

LA REUNION AERIENNE,
          Plaintiff

vs.                                               Civil Action No. 05-1932 (HHK)

SOCIALIST POEPLE'S LIBYAN ARAB JAMAHIRIYA, ET AL.,
          Defendant

## NOTICE OF APPEAL

Notice is hereby given this 28TH day of MARCH, 20 07, that

defendants Socialist People's Libyan Arab Jamahirya and Libyan External Security Org hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the ORDER of this Court entered on the 9TH day of MARCH, 20 07

in favor of plaintiff and denying defendants' motion to dismiss for lack of subject-matter jurisdiction for foreign sovereign immunity

against said Socialist People's Libyan Arab Jamahiriya and the Libyan External Security Organization

_____
Attorney or Pro Se Litigant

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**    Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

Arman Dabiri
Law Offices of Arman Dabiri
1725 I Street, N.W., Suite 300
Washington, D.C. 20006
Tel. (202) 349-3893
E-mail: armandab@worldnet.att.net

Christopher B. Kende
Cozen O'Connor
1667 K Street, N.W., Suite 500
Washington, D.C. 20006
(202) 912-4800
E-mail: ckende@cozen.com