IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LA RÉUNION AÉRIENNE<br>50 Rue Ampere<br>Paris 75017, France<br>　　　　　　　Plaintiff,<br>　　v.<br><br>SOCIALIST PEOPLE'S LIBYAN<br>ARAB JAMAHIRIYA, LIBYAN EXTERNAL<br>SECURITY ORGANIZATION, MUAMMAR<br>QADHAFI, ABDALLAH SENOUSSI, AHMED<br>ABDALLAH ELAZRAGH, IBRAHIM NAELI,<br>ARBAS MUSBAH, ISSA ABDELSALAM<br>SHIBANI AND ABDELSALAM HAMMOUDA<br>EL AGELI<br>Ministry of Foreign Affairs<br>Tripoli, Libya,<br>　　　　　　　Defendants. | Civil Action No. 1:05CV01932<br>Honorable Henry H. Kennedy, Jr.<br><br>**AFFIDAVIT OF<br>CHRISTOPHER B. KENDE** |

CHRISTOPHER B. KENDE, being of full age, duly sworn and under oath, deposes and states as follows:

1. I am a member of the law firm of Cozen O'Connor, 45 Broadway, 16th Floor, New York, NY 10006, counsel for Plaintiff in the above-captioned action, and am a member of the bar of this Court. I submit this Affidavit in order to put before the Court true and correct copies of the Releases provided by the legal representatives of the seven American decedents who were killed in the terrorist bombing of UTA Flight 772. As can be seen, each of the releasors assigned, transferred, and set over by way of subrogation, to the releasees, all claims and remedies against any and all third parties who may be liable for the accident, up to the amounts paid to the releasors, plus the costs and expenses incurred in settling the claims and obtaining any third party recovery (*see* ¶ 4).

2. Attached hereto as Exhibit "A" are true and correct copies of the Release of All Claims executed by survivors of Bonnie Barnes Pugh.

3. Attached hereto as Exhibit "B" is a true and correct copy of the Release of All Claims executed by survivors of James E. Turlington, Sr.[1]

4. Attached hereto as Exhibit "C" are true and correct copies of the Release of All Claims executed by survivors of Margaret Elizabeth Schutzius.

5. Attached hereto as Exhibit "D" are true and correct copies of the Release of All Claims executed by survivors of Patrick Wayne Huff.

6. Attached hereto as Exhibit "E" are true and correct copies of the Release of All Claims executed by the survivors of Donald J. Warner.

7. Attached hereto as Exhibit "F" are true and correct copies of the Release of All Claims executed by the survivors of Mihai Alimanestianu.

8. Attached hereto as Exhibit "G" are true and correct copies of the Release of All Claims executed by the survivors of Mark E. Corder.

9. Attached hereto as Exhibit "H" is a true and correct copy of Plaintiffs' Memorandum Outlining Choice-Of-Law Issues and State Law causes of Action In Further Support Of Their Motion For Summary Judgment, dated May 30, 2006, submitted in the *Pugh* Action.

10. Attached hereto as Exhibit "I" is a true and correct copy of this Court's Order in the *Pugh* Action, filed April 9, 2007.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

---

[1] We have only been able, at this time, to obtain a copy of a partially executed release for James Turlington.

Dated: April 12, 2007

                                                Christopher B. Kende, Esquire (D.C. 416487)

Subscribed and sworn to
before me this 12th day
of April, 2007

_____
Notary Public

        EDWARD HAYUM
  Notary Public, State of New York
       No. 02HA6104019
    Qualified in Kings County
Commission Expires January 12, 2008

3