**Exhibit D**

## RELEASE OF ALL CLAIMS

FOR AND IN CONSIDERATION of payment to the undersigned of ONE HUNDRED THIRTY TWO THOUSAND FOURTEEN DOLLARS ($132,014), representing the U.S. Dollar equivalent of 100,000 Special Drawing Rights (SDRs) at the conversion rate of 1 SDR equals 1.32014 U.S. Dollars, plus fees and expenses incurred in this matter, including attorneys fees, in the amount of FORTY SIX THOUSAND TWO HUNDRED FOUR DOLLARS ($46,204), representing the U.S. Dollar equivalent of 35,000 SDRs, for a total of ONE HUNDRED SEVENTY EIGHT THOUSAND TWO HUNDRED EIGHTEEN DOLLARS ($178,218) by checks payable as follows: (a) Janice Richardson Huff - EIGHTY THOUSAND DOLLARS ($80,000); (b) Ermine Huff - FORTY THOUSAND DOLLARS ($40,000); (c) Estate of Pat Wayne Huff - THIRTEEN THOUSAND FOUR HUNDRED EIGHTY ONE DOLLARS ($13,481); and (d) Davis & Davis - FORTY FOUR THOUSAND SEVEN HUNDRED THIRTY SEVEN DOLLARS ($44,737), receipt of all of which is hereby acknowledged, the undersigned, on behalf of the undersigned and all and each of their respective heirs, personal representatives, executors, administrators, successors, and assigns (the undersigned, on behalf of themselves and all and each of their respective heirs, etc., are hereinafter collectively referred to as "Releasors") hereby release, acquit, forever discharge, and covenant to hold harmless UTA (Union de Transports Aeriens), La Reunion Aerienne, Airclaims, Inc., and all and each of their respective officers, directors, agents, employees, insurers, coinsurers, and reinsurers (UTA, La Reunion Aerienne, Airclaims, Inc., and all and each of their respective officers, etc. are hereinafter collectively referred to as "Releasees") of and from any and all actions, causes of action, remedies, suits, debts, sums of money, covenants, contracts, controversies, agreements, promises, damages (including, but not limited to, compensatory and punitive damages), judgments, executions, claims, and demands of whatsoever nature, known and unknown, including, but not limited to, subrogated or assigned rights, that against the Releasees the Releasors ever had, now have, or can, shall, or may have in the future for, upon, or by reason of any matter, cause, or thing whatsoever relating to or arising out of the following (hereinafter referred to as "the above described Accident"): wrongful death of and personal injuries to Pat Wayne Huff, whether assertable by the heirs or personal representative of Pat Wayne Huff or by anyone else, and whether characterized as wrongful death claims, survival or survivorship claims, personal injuries or otherwise including loss of or damage to the baggage or other property of Pat Wayne Huff; amounts paid by Pat Wayne Huff for transportation; and any and all other losses, damages and/or injuries relating to or arising out of Pat Wayne Huff having been a passenger on UTA Flight 772, which as a result of bombing was destroyed on September 19, 1989.

The Releasors hereby represent and warrant that the respective relationships listed beneath the undersigneds' signatures are true, that they are the sole heirs at law of Pat Wayne Huff, and that there is no Executor, Executrix, Administrator, Administratrix or other Personal Representative of the Estate of Pat Wayne Huff other than the undersigned Administratrix Ermine Huff.

The Releasors, in their individual capacity, have requested Ermine Huff, in her capacity as Administratrix of the Estate of Pat Wayne Huff, not to bring an action against the Releasees but rather to settle any and all claims in accordance with the terms of this Release.

Releasor Ermine Huff represents that she has been granted Letters of Administration by the County Court of Robertson County, Texas to act as Administratrix of the estate of Pat Wayne Huff and that she has obtained authority from said court to settle claims of the estate of Pat Wayne Huff and to execute this release on behalf of the estate.

FOR AND IN FURTHER CONSIDERATION of the payment described above, the Releasors agree as follows:

1. Without limiting any of the foregoing, the payment described above and this Release are intended to, and Releasors represent and warrant that it will, dispose of all liability of Releasees, and each of them, to Releasors and to any and all third parties (whether an individual, company, government, government agency, other government entity, or other entity) relating to or arising out of the above described Accident. The Releasors agree to protect, indemnify, and hold harmless Releasees from and against any and all actions, causes of action, suits, damages, judgments, claims, remedies, demands, liens, and liability of any nature whatsoever (including, but not limited to, liens or liabilities relating to or arising out of any worker's compensation payments), and to protect, indemnify, and hold harmless Releasees from and against all costs and expenses (including, but not limited to, reasonable attorneys' fees) in defending such actions, etc., by or to any third parties, relating to or arising out of the above described Accident, whether anticipated or unanticipated, however caused and whether by negligence or otherwise.

2. The Releasors acknowledge receipt of a copy of a Waiver and Release of Worker's Compensation Lien, dated _____, 1991, executed by American International Underwriters, The Insurance Company of the State of Pennsylvania and Parker Drilling Company of Eastern Hemisphere, Ltd., to UTA, La Reunion Aerienne, etc., but nothing therein shall limit or

restrict Releasors' obligations under paragraph 1 immediately above or under any other provision of this Release.

3. Releasors hereby assign, transfer, and set over by way of subrogation to Releasees, their successors and assigns, all of Releasors' rights, title, and interests in and to any and all actions, causes of action, claims, demands and remedies that Releasors have or may have against any and all third parties who may be liable for the above described Accident and/or the destruction of the aircraft accomplishing the aforesaid UTA Flight 772, to the extent of the amounts paid to Releasors pursuant to this Release plus Releasees' costs and expenses (including, but not limited to, attorneys' fees) incurred in the settling of the claims herein and in obtaining any recovery against third parties. The Releasors hereby empower the subrogated Releasees to sue, compromise, or settle in the place of the Releasors, and in the name of the latter or in the Releasees' own names in accordance with applicable law, in order for Releasees to recover for said loss against any and all such third parties. The Releasors represent and warrant that they have not granted any release or discharge other than this Release, nor waived any right, action, cause of action, claim, demand or remedy that they have or may have against any third party relating to or arising out of the above described Accident and/or the aforesaid UTA Flight 772.

4. The payment described above and the execution of this Release are the result of a compromise of a disputed claim and shall not at any time for any purpose be considered as an admission of liability or responsibility of the Releasees or any of them for any wrongdoing, negligence, or other culpable conduct in connection with the above described Accident and/or the aforesaid UTA Flight 772. The Releasors acknowledge that each of the Releasees expressly continue to deny and disclaim such liability and responsibility and intend merely to avoid litigation and buy their peace.

5. Without limiting any of the foregoing, Releasees are discharged and forever released from any and all further actions, claims, remedies, damages, judgments and demands of whatsoever nature by Releasors relating to or arising out of the above described Accident and/or the aforesaid UTA Flight 772, and this Release shall apply to all unknown or unanticipated results of the above described Accident and/or the aforesaid UTA Flight 772, as well as those known and anticipated. This Release expresses a full settlement of a disputed claim as against Releasees, and this Release is intended to avoid litigation and to be final and complete. This Release shall not be subject to any claim of mistake of fact or law by the Releasors.

      6. Releasors agree not to publicize, communicate, or disclose to any third parties any information concerning the dispute with Releasees, the payment described above, or the terms of this Release without prior written permission from the Releasees, except that nothing herein contained shall prevent Releasors from disclosing such information as required by applicable law.

    This Release shall be governed by and construed under the laws of the State of Texas. This Release may not be changed orally.

    THE RELEASORS EXPRESSLY CONFIRM THAT THEY HAVE CONSULTED WITH THEIR LAWYERS CONCERNING THIS RELEASE AND HAVE BEEN FULLY ADVISED WITH RESPECT TO THEIR RIGHTS AND OBLIGATIONS HEREUNDER. THE RELEASORS HAVE CAREFULLY READ THE FOREGOING RELEASE, FULLY UNDERSTAND IT, AND ARE SIGNING VOLUNTARILY AND OF THEIR OWN FREE WILL.

Dated: _____, 1991

_____
Ermine Huff, Spouse of Pat Wayne Huff, in her individual capacity and/as Administratrix of the Estate of Pat Wayne Huff, deceased

_____
Janice Richardson Huff, Mother of Pat Wayne Huff

STATE OF TEXAS      )
                    ) ss.:
COUNTY OF           )

      BEFORE ME, the undersigned authority, on this day personally appeared Ermine Huff, known to me as the spouse of Pat Wayne Huff, the Administratrix of the Estate of Pat Wayne Huff, Deceased, and as the person whose name is subscribed in her individual and representative capacity to the foregoing Release of All Claims, who after being duly sworn by me, on oath stated that she has read the Release of All Claims, it is a correct and complete statement of the matters to which it relates, and all the contents thereof are true, complete, and correct.

      SWORN AND SUBSCRIBED TO BEFORE ME by the said Ermine Huff, on this _21st_ day of _October_, 1991, to certify which witness my hand and seal of office.



_____
Notary Public in and for
_____ County, Texas

## Statement of Attorney

      I am an attorney licensed to practice law in the State of Texas. I hereby represent and declare that I have fully explained the foregoing Release of All Claims to Ermine Huff, Administratrix of the Estate of Pat Wayne Huff, whom I represent, and she in turn acknowledged to me an understanding of said Release and the legal effect thereof; and the signature above her name on the Release was personally made by her.

_Fred Davis_
Signature

_FRED DAVIS_
(Type or Print Name)

_3000 Briarcrest Drive #602_
(Street Address)

_Bryan, Texas 77802_
(State)

- 5 -

STATE OF TEXAS    )
                 ) ss.:
COUNTY OF        )

BEFORE ME, the undersigned authority, on this day personally appeared Janice Richardson Huff, known to me as the mother of Pat Wayne Huff, and as the person whose name is subscribed to the foregoing Release of All Claims, who after being duly sworn by me, on oath stated that she has read the Release of All Claims, it is a correct and complete statement of the matters to which it relates, and all the contents thereof are true, complete, and correct.

SWORN AND SUBSCRIBED TO BEFORE ME by the said Janice Richardson Huff, on this 24th day of October, 1991, to certify which witness my hand and seal of office.



_Teresa M. Everett_
Notary Public in and for
Brazos County, Texas

TERESA M. EVERETT
Notary Public, State of Texas
My Commission Expires Jan 30, 1993

### Statement of Attorney

I am an attorney licensed to practice law in the State of Texas. I hereby represent and declare that I have fully explained the foregoing Release of All Claims to Janice Richardson Huff, whom I represent, and she in turn acknowledged to me an understanding of said Release and the legal effect thereof; and the signature above her name on the Release was personally made by her.

_Cindy L. Miller_
(Signature)

Cindy L. Miller
(Type or Print Name)

308 E. Wm. Joel Bryan Pkwy.
(Street Address)

Bryan, Texas 77803
(State)

- 6 -

## WAIVER AND RELEASE OF WORKER'S COMPENSATION LIEN

FOR AND IN CONSIDERATION of the payment of the sum of ONE HUNDRED SEVENTY EIGHT THOUSAND TWO HUNDRED EIGHTEEN DOLLARS ($178,218) to Ermine Huff and Janice Richardson Huff, the spouse and mother, respectively, of Pat Wayne Huff, deceased, and to the Estate of Pat Wayne Huff, receipt of which is hereby acknowledged, the undersigned, American International Underwriters, of 1999 Bryan Street, Dallas, Texas, The Insurance Company of the State of Pennsylvania, of Philadelphia, Pennsylvania, and Parker Drilling Company of Eastern Hemisphere, Ltd., of 8 East Third Street, Tulsa, Oklahoma, on behalf of the undersigned and all and each of their respective successors and assigns (the undersigned, on behalf of themselves and all and each of their respective successors and assigns, are hereinafter collectively referred to as "Releasors") voluntarily and knowingly execute this Waiver and Release with the express intention of effecting the waiver, release, and extinguishment of Worker's Compensation liens, as designated in this Release.

Releasors do hereby expressly release, acquit, and forever discharge, UTA (Union de Transports Aeriens), La Reunion Aerienne, Airclaims, Inc., and all of their officers, directors, agents, employees, insurers, coinsurers, and reinsurers from any and all actions, causes of action, remedies, suits, debts, sums of money, covenants, contracts, controversies, agreements, promises, damages (including, but not limited to, compensatory and punitive damages), judgments, executions, claims, and demands of whatsoever nature, known and unknown, including, but not limited to, subrogated or assigned rights, and including, but not limited to, any lien or right of subrogation granted to Releasors and/or their respective successors and/or assigns by virtue of the Worker's Compensation laws of the State of Texas or any other state or country (including, but not limited to, any and all interests of the Releasors relating to or arising out of Claim No. 90-21171 regarding Pat Wayne Huff, referred to in the November 2, 1989 letter from Amy Kastelic to Air Claims, Inc., a copy of which is attached hereto as Attachment No. 1), that Releasors and/or their respective successors and/or assigns ever had, now have, or can, shall, or may have in the future, for, upon, or by reason of any matter, cause, or thing whatsoever relating to or arising out of the death of and/or personal injuries to Pat Wayne Huff, the payment of any employee benefits or other compensation by or on behalf of Releasors and/or their respective successors and/or assigns to the family and/or beneficiaries of Pat Wayne Huff, and/or Pat Wayne Huff having been a passenger on UTA Flight 772, which was destroyed on September 19, 1989.

This Waiver and Release shall be governed by and construed under the laws of the State of Texas. This Waiver and Release may not be changed orally.

Each person signing this Waiver and Release represents that he or she is authorized by the company listed above their name to execute this Waiver and Release on its behalf.

The undersigned have read this Waiver and Release and understand all of its terms. The undersigned execute this Waiver and Release voluntarily and with full knowledge of its significance.

Dated: _____, 1991

AMERICAN INTERNATIONAL                  INSURANCE COMPANY OF THE
UNDERWRITERS                            STATE OF PENNSYLVANIA

By _R. C. DANEN_____                    By _R. C. DANEN_____
   (Signature)                              (Signature)

_REGIONAL CLAIM MGR._                   _REGIONAL CLAIM MGR._
   (Title)                                  (Title)


PARKER DRILLING COMPANY OF
EASTERN HEMISPHERE, LTD.

By _____
   (Signature)

_PRESIDENT_
   (Title)

- 2 -

STATE OF TEXAS    )
                  ) ss.:
COUNTY OF DALLAS  )

    BEFORE ME, the undersigned authority, on this day personally appeared __R. C. Danen__, known to me as the __Regional Claims Manager__ of American International Underwriters and as the person whose name is subscribed to the foregoing Waiver and Release of Worker's Compensation Lien, who after being duly sworn by me, on oath stated that he/she has read the Waiver and Release of Worker's Compensation Lien, it is a correct and complete statement of the matters to which it relates, and all the contents thereof are true, complete, and correct.

    SWORN AND SUBSCRIBED TO BEFORE ME by the said __R. C. Danen__, on this __6th__ day of __November__, 1991, to certify which witness my hand and seal of office.

*Debbie Skinner*
Notary Public in and for
__Dallas__ County, Texas

### Statement of Attorney

    I am an attorney licensed to practice law in the State of __Texas__, and I am the attorney for American International Underwriters, one of the Releasors herein. I hereby represent and declare that I have fully explained the foregoing Waiver and Release of Worker's Compensation Lien to __R. C. Danen__, who in turn acknowledged to me an understanding of said Waiver and Release of Worker's Compensation Lien and the legal effect thereof; and the signature above his/her name on the Waiver and Release of Worker's Compensation Lien was personally made by him/her.

_____
Signature

__BEN H. TOMPKINS__
(Type or Print Name)

__1999 BRYAN Suite 1800__
(Street Address)

__DALLAS TX 75201__
(State)

RE: Pat Wayne Huff

- 3 -

STATE OF TEXAS     )
                   ) ss.:
COUNTY OF DALLAS   )

      BEFORE ME, the undersigned authority, on this day personally appeared   R. C. Danen  , known to me as the   Regional Claims Manager   of The Insurance Company of the State of Pennsylvania and as the person whose name is subscribed to the foregoing Waiver and Release of Worker's Compensation Lien, who after being duly sworn by me, on oath stated that he/she has read the Waiver and Release of Worker's Compensation Lien, it is a correct and complete statement of the matters to which it relates, and all the contents thereof are true, complete, and correct.

      SWORN AND SUBSCRIBED TO BEFORE ME by the said   R. C. Danen  , on this  6th  day of   November  , 1991, to certify which witness my hand and seal of office.

                                                            *Debbie Skinner*
                                               Notary Public in and for
                                               Dallas County, Texas

### Statement of Attorney

      I am an attorney licensed to practice law in the State of  Texas , and I am the attorney for The Insurance Company of the State of Pennsylvania, one of the Releasors herein. I hereby represent and declare that I have fully explained the foregoing Waiver and Release of Worker's Compensation Lien to  R. C. Danen , who in turn acknowledged to me an understanding of said Waiver and Release of Worker's Compensation Lien and the legal effect thereof; and the signature above his/her name on the Waiver and Release of Worker's Compensation Lien was personally made by him/her.

                                                      *Ben H. Tompkins*
                                                          Signature

                                                BEN H. TOMPKINS
                                               (Type or Print Name)

                                               1999 Bryan Suite 1800
                                                    (Street Address)

                                               Dallas, TX 75201
                                                       (State)

RE: Pat Wayne Huff

- 4 -

STATE OF _____ )
                       ) ss.:
COUNTY OF _____ )

  BEFORE ME, the undersigned authority, on this day personally appeared  _Ronnie R. McKenzie_ , known to me as the _President_ of Parker Drilling Company of Eastern Hemisphere, Ltd. and as the person whose name is subscribed to the foregoing Waiver and Release of Worker's Compensation Lien, who after being duly sworn by me, on oath stated that he/she has read the Waiver and Release of Worker's Compensation Lien, it is a correct and complete statement of the matters to which it relates, and all the contents thereof are true, complete, and correct.

  SWORN AND SUBSCRIBED TO BEFORE ME by the said _Ronnie R. McKenzie_, on this _12th_ day of _November_, 1991, to certify which witness my hand and seal of office.

_My commission expires:_
_10/9/93_

_Marguerite J. Landrum_
Notary Public in and for
_Tulsa, Oklahoma_

### Statement of Attorney

  I am an attorney licensed to practice law in the State of _Oklahoma_, and I am the attorney for Parker Drilling Company of Eastern Hemisphere, Ltd., one of the Releasors herein. I hereby represent and declare that I have fully explained the foregoing Waiver and Release of Worker's Compensation Lien to _Ronnie R. McKenzie_, who in turn acknowledged to me an understanding of said Waiver and Release of Worker's Compensation Lien and the legal effect thereof; and the signature above his/her name on the Waiver and Release of Worker's Compensation Lien was personally made by him/her.

_Ronald C. Potter_
Signature

_Ronald C. Potter_
(Type or Print Name)

_8 East Third St., Tulsa_
(Street Address)

_Oklahoma 74103_
(State)

- 5 -