**Exhibit I**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT L. PUGH, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA, et al.,<br><br>Defendants. | Civil Action 02-02026 (HHK) |

**ORDER**

Before the court is plaintiffs' submission captioned "Plaintiffs' Memorandum Outlining Choice-of-Law Issues and State Law Causes of Action in Further Support of Their Motion for Partial Summary Judgment" [#58]. Defendants have not responded to this brief, which the court interprets as seeking summary judgment on the state-law claims in plaintiffs' amended complaint. Upon consideration thereof, and pursuant to the applicable choice-of-law rules governing this action, the court determines that the law to be applied to each of the various claims is that of the forum state where the plaintiff is (or was, in the case of a claim brought by a decedent's estate) domiciled. *See Dammarell v. Islamic Republic of Iran*, 2005 WL 756090, at *18–*22 (D.D.C. March 29, 2005). Furthermore, summary judgment as to liability for these claims, with the exception of (1) claims asserted against defendants Libya and LESO for conversion and tortious interference and (2) all claims against defendant Qadhafi, which are stayed, is warranted. Therefore, and in accordance with the court's prior order of May 11, 2006, and as set forth in plaintiffs' choice-of-law brief, it is this 9th day of April, 2007, hereby

**ORDERED** that the motion for summary judgment regarding liability as to plaintiffs' state law claims [#58] is granted in part and denied in part as set forth herein; and it is further

**ORDERED** that a hearing on damages will be held on August 14–16, 2007.


                                        Henry H. Kennedy, Jr.
                                        United States District Judge