# EXHIBIT A

# EXHIBIT A

## Arman Dabiri

| | |
|---|---|
| From: | Kende, Christopher B. [CKende@cozen.com] |
| Sent: | Monday, April 16, 2007 10:53 AM |
| To: | armandab@worldnet.att.net |
| Cc: | Hayum, Edward |
| Subject: | UTA 772 |

Mr.. Dabiri, having reviewed the local rules and done some research with my colleague Ed Hayum, who I request you include in future emails, I am not inclined to consent to a stay of the DC proceedings. I have found no support for the proposition that you are entitled to such a stay as a matter of right, even if the court's ruling of jurisdiction under the FSIA may be appealable as a collateral order, although appeal of such an issue would be frivolous in our view given the numerous appellate decisions in this and other Circuits, holding that the Court has jurisdiction to adjudicate claims arising from the UTA and Lockerbie terrorist attacks engineered by your clients. I will expect your responsive papers to our supplemental briefs when due on April 27, 2007, as ordered by Judge Kennedy. Christopher Kende

Notice: To comply with certain U.S. Treasury regulations, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this e-mail, including attachments, is not intended or written to be used, and cannot be used, by any person for the purpose of avoiding any penalties that may be imposed by the Internal Revenue Service.

Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.