## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LA REUNION AERIENNE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Case No. 05-1932 (HHK) |
| | ) |
| SOCIALIST PEOPLE'S LIBYAN | ) |
| ARAB JAMAHIRIYA, *ET AL.*, | ) |
| | ) |
| Defendants. | ) |

### **ORDER**

The Court, having considered defendants' "Motion to Stay" all proceedings during appeal, plaintiff's opposition thereto, and all relevant responses and replies thereto, it is hereby

**ORDERED**, that all proceedings in the above captioned matte are stayed until a final determination is made regarding the Court's subject-matter jurisdiction.

                                                                    _____
                                                                    UNITED STATES DISTRICT JUDGE

Dated: _____, 2007