UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
LA RÉUNION AÉRIENNE            )
                               )  Civil Action No. 05-01932 (HHK)
                 Plaintiff,    )
         v.                    )
                               )
SOCIALIST PEOPLE'S LIBYAN ARAB )
JAMAHIRIYA, LIBYAN EXTERNAL SECURITY)
ORGANIZATION, MUAMMAR QADHAFI, )
ABDALLAH SENOUSSI, AHMED ABDALLAH )
ELAZRAGH, IBRAHIM NAELI, ARBAS )
MUSBAH, ISSA ABDELSALAM SHIBANI, AND)
ABDELSALAM HAMMOUDA EL AGELI   )
                               )
                 Defendants.   )
_____)

**PLAINTIFF'S CROSS MOTION TO CERTIFY
DEFENDANTS' APPEAL AS FRIVOLOUS**

Plaintiff La Réunion Aérienne ("LRA") cross-moves to have this Court certify as "frivolous," the appeal by the Socialist People's Libyan Arab Jamahiriya ("Libya") and the Libyan External Security Organization ("LESO"), docketed as Appeal No. 07-7050 in the United States Court of Appeals for the District of Columbia Circuit. Libya and LESO moved this Court for a stay of all proceedings pending resolution of their appeal. The appeal is frivolous and the stay is not warranted. Attached hereto is Plaintiff's memorandum of law in opposition to Defendants' motion for a stay, and in support of Plaintiff's cross-motion.

Date: April 26, 2007                     Respectfully submitted,

                                         /S/ Christopher B. Kende___
                                         Christopher B. Kende, Esquire (D.C. 416487)
                                         COZEN O'CONNOR
                                         45 Broadway
                                         New York, NY 10006
                                         (212) 509-9400
                                         (212) 509-9492 (facsimile)
                                         Attorneys for Plaintiff