UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LA RÉUNION AÉRIENNE ) | |
| ) | Civil Action No. 05-01932 (HHK) |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| SOCIALIST PEOPLE'S LIBYAN ARAB ) | |
| JAMAHIRIYA, LIBYAN EXTERNAL SECURITY) | |
| ORGANIZATION, MUAMMAR QADHAFI, ) | |
| ABDALLAH SENOUSSI, AHMED ABDALLAH ) | |
| ELAZRAGH, IBRAHIM NAELI, ARBAS ) | |
| MUSBAH, ISSA ABDELSALAM SHIBANI, AND) | |
| ABDELSALAM HAMMOUDA EL AGELI ) | |
| ) | |
| Defendants. ) | |

**ORDER**

The Court, having considered Plaintiff La Réunion Aérienne's cross-motion to certify Defendants' appeal of the March 9, 2007 Order as "frivolous," Defendants' opposition thereto and any relevant replies thereto, it is hereby

ORDERED that the appeal by the Socialist People's Libyan Arab Jamahiriya ("Libya") and the Libyan External Security Organization ("LESO"), docketed as Appeal No. 07-7050 in the United States Court of Appeals for the District of Columbia Circuit be certified as frivolous.

Dated: _____

_____
UNITED STATES DISTRICT JUDGE