## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LA REUNION AERIENNE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    Civil Case No. 05-1932 (HHK) |
| | ) |
| | ) |
| SOCIALIST PEOPLE'S LIBYAN | ) |
| ARAB JAMAHIRIYA, *ET AL.,* | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

The Court, having considered plaintiff's cross-motion to certify defendants' appeal frivolous, defendants' opposition thereto and request for costs, and all relevant responses and replies thereto, it is hereby

**ORDERED**, that plaintiff's cross-motion to certify defendants' appeal as frivolous is **DENIED**, and it is hereby further

**ORDERED,** defendants' request for costs is **GRANTED.**

---------------------------------------
UNITED STATES DISTRICT JUDGE

Dated: _____, 2007