**Exhibit A**

**(Notice of Appeal)**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

LA REUNION AERIENNE,
                         Plaintiff

vs.                                    Civil Action No. 05-1932 (HHK)

SOCIALIST POEPLE'S LIBYAN ARAB JAMAHIRIYA, ET AL.,
                         Defendant

## NOTICE OF APPEAL

Notice is hereby given this 28TH    day of   MARCH        , 20 07    , that

defendants Socialist People's Libyan Arab Jamahirya and Libyan External Security Org
hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from

the ~~judgment~~ **ORDER** of this Court entered on the    9TH        day of  MARCH        , 20 07

in favor of   plaintiff and denying defendants' motion to dismiss for lack of subject-matter jurisdiction for foreign sovereign immunity

against said   Socialist People's Libyan Arab Jamahiriya and the Libyan External Security Organization

_____
Attorney or Pro Se Litigant

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil
action must be filed within 30 days after the date of entry of judgment or 60 days if the United
States or officer or agency is a party)

**CLERK**       Please mail copies of the above Notice of Appeal to the following at the addresses
                indicated:

Arman Dabiri                         Christopher B. Kende
Law Offices of Arman Dabiri          Cozen O'Connor
1725 I Street, N.W., Suite 300       1667 K Street, N.W., Suite 500
Washington, D.C. 20006               Washington, D.C. 20006
Tel. (202) 349-3893                  (202) 912-4800
E-mail: armandab@worldnet.att.net    E-mail: ckende@cozen.com