UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LA RÉUNION AÉRIENNE,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>THE SOCIALIST PEOPLE'S LIBYAN<br>ARAB JAMAHIRIYA, et al.,<br><br>　　　　　　　　Defendants. | Civil Action 05-1932 (HHK) |

**ORDER**

Before the court are two motions: defendants' motion to stay all proceedings pending the outcome of the appeal[1] of the court's March 9, 2007 memorandum opinion and order [#24] and plaintiff's cross motion to certify the appeal as frivolous [#25]. Upon consideration of the motions, the oppositions thereto, and the record of this case, the court determines that a stay of the claims against Libya and LESO is warranted, but that the claims against the individual defendants (apart from those against Muammar Qadhafi, which are already stayed) may proceed. The court also declines to certify the appeal as frivolous.[2] Finally, the court declines to allow

---

[1] The appeal has been filed by defendants Socialist People's Libyan Arab Jamahiriya ("Libya") and the Libyan External Security Organization ("LESO") and is not joined by the individual defendants.

[2] The court cannot say with any certainty that the question of whether an assignee/subrogee plaintiff may pursue claims under the Foreign Sovereign Immunities Act — a question perhaps rightly identified by plaintiff as one of standing — lies outside the collateral order doctrine. *See Lewis v. New Mexico Dep't of Health*, 261 F.3d 970, 974 n.1 (10th Cir. 2001) (holding, in a case not implicating immunity, that the question of standing does not meet the elements of the collateral order doctrine); *Summit Med. Assocs., P.C. v. Pryor*, 180 F.3d 1326, 1334 (11th Cir.1999) (same, but also holding that the denial of a motion to dismiss on Eleventh Amendment immunity grounds is immediately appealable).

LRA to join the upcoming damages hearing in *Pugh v. Socialist People's Libyan Arab Jamahiriya*, No. 02-CV-2026.  For the foregoing reasons, it is this 17th day of July, 2007, hereby

**ORDERED** that defendants' motion to stay is **GRANTED** in part and **DENIED** in part as set forth above; and it is further

**ORDERED** that plaintiff's motion to certify the appeal as frivolous is **DENIED**; and it is further

**ORDERED** that on or before August 3, 2007, the individual defendants shall file their opposition to plaintiff's motion for summary judgment (as supplemented by its filing on April 13, 2007).  Plaintiff shall file its reply, if any, on or before August 17, 2007.

                                                 Henry H. Kennedy, Jr.
                                                 United States District Judge