UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LA REUNION AERIENNE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Case No. 05-1932 (HHK) |
| ) | |
| SOCIALIST PEOPLE'S LIBYAN ) | |
| ARAB JAMAHIRIYA, *ET AL.,* ) | |
| ) | |
| Defendants. ) | |

**INDIVIDUAL DEFENDANTS' STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to LCvR 7(h), the individual defendants submit the following statement of material facts as to which there is no genuine issues:

1. La Reunion Aerienne (hereafter "LRA") has never served the individual defendants personally.

2. Service of summons for the individual defendants in this case was made upon Arman Dabiri by mail who is counsel of record for the Socialist People's Libyan Arab Jamahiriya, the Libyan External Security Organization and the individual defendants in their official capacity.

3. Arman Dabiri has not been retained by the individual defendants in their personal capacity and is not their counsel.

4. Arman Dabiri has no means of communicating with the individual defendants.

5. Arman Dabiri has not communicated with the individual defendants regarding this

suit and there is not actual notice.

6.     LRA, pursuant to its own undisputed exhibits, made payments to the estates and families of the passengers killed on UTA flight 772 on or about August 1990.

7.     LRA instituted the above captioned suit against the Socialist People's Libyan Arab Jamahiriya, the Libyan External Security Organization, and six individual defendants in their personal and official capacities in 2005.

Dated:     August 3, 2007                    Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　 //s//
　　　　　　　　　　　　　　　　　　　　　 Arman Dabiri
　　　　　　　　　　　　　　　　　　　　　 Law Offices of Arman Dabiri
　　　　　　　　　　　　　　　　　　　　　　　　& Associates, P.L.L.C.
　　　　　　　　　　　　　　　　　　　　　 1725 I Street, N.W.
　　　　　　　　　　　　　　　　　　　　　 Suite 300
　　　　　　　　　　　　　　　　　　　　　 Washington, D.C. 20006
　　　　　　　　　　　　　　　　　　　　　 Tel. (202) 349-3893
　　　　　　　　　　　　　　　　　　　　　 E-mail: aarmandab@worldnet.att.net

*Counsel for Libyan Government*