## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LA REUNION AERIENNE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Case No. 05-1932 (HHK) |
| | ) |
| SOCIALIST PEOPLE'S LIBYAN | ) |
| ARAB JAMAHIRIYA, *ET AL.,* | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

The Court, having considered plaintiff's motion for summary judgment (as supplemented), defendants' opposition, and all relevant responses and replies thereto, it is hereby

**ORDERED**, that plaintiff's motion for summary judgment against the individual defendants in their personal capacity is **DENIED**.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2007