UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LA RÉUNION AÉRIENNE, | ) |
| | ) |
|       **Plaintiff,** | ) |
| | ) |
|       v. | ) |
| | )    **Civil Action No. 05-01932 (HHK)** |
| SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA, et al., | ) |
| | ) |
|       **Defendants.** | ) |

**STATEMENT OF INTEREST OF THE UNITED STATES**

Pursuant to 28 U.S.C. § 517,[1] the United States hereby respectfully informs the Court that the Court's invitation to the Attorney General to submit views regarding the application in this case of the head-of-state immunity doctrine is under active consideration.[2]

As the Court is aware, in Pugh v. Socialist People's Libyan Arab Jamahiriya, Civil Action No. 02-2026 (HHK), this Court had also invited the Attorney General to submit views regarding the applicability of the head-of-state immunity doctrine with respect to Colonel

---

[1] 28 U.S.C. § 517 authorizes the Attorney General of the United States to send any officer of the Department of Justice to "attend to the interests of the United States in a suit pending in a court of the United States, or in a court of a State, or to attend to any other interest of the United States." The submission of a Statement of Interest pursuant to this statutory authority does not constitute an intervention in this action. See Flatow v. Islamic Republic of Iran, 305 F.3d 1249, 1252-53 & n.5 (D.C. Cir. 2002).

[2] The Court issued a Memorandum Opinion and Order in this case on March 9, 2007 [Document No. 21] ("the Opinion"). The conclusion section of the Opinion directed the Clerk of Court to inform the Attorney General that he may advise the Court of his views regarding the applicability of the head-of-state immunity doctrine to this case on or before April 13, 2007. It appears that the Clerk mailed the Opinion on March 22 to the main mailroom of the U.S. Department of Justice, which received it on March 27. However, the Opinion was directed to another office, and undersigned counsel only recently learned of the existence of the Opinion.

Qadhafi. A trial on damages began in that case on Monday, August 13, 2007. However, the head-of-state immunity issue became moot when the Pugh plaintiffs voluntarily dismissed their claims case against Colonel Qadhafi on August 10, 2007.

The United States Government has been closely involved in efforts to resolve outstanding claims against Libya and its officials pending in U.S. courts. Out-of-court settlements of these claims would be in the interest of the claimants, who would be able to avoid the burden and delay of litigation. At the same time, removing such historical disputes from the bilateral agenda would serve the broader national interest.

U.S. officials are discussing pending cases with Libyan officials and pressing for their resolution through multiple channels. To facilitate its efforts, the United States would prefer to defer participation in this litigation at the present time, and will provide the Court with a further status report no later than December 15, 2007. Counsel for both parties have been informed that the United States plans to defer any filing in this case until a later date. The United States greatly appreciates the Court's patience with respect to this matter.

Dated: August 15, 2007
Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

VINCENT M. GARVEY
Deputy Branch Director

  /s/ Daniel Riess
DANIEL RIESS (Texas Bar No. 24037359)
Civil Division
United States Department of Justice
Tel: (202) 353-3098
Fax: (202) 616-8460
Email: Daniel.Riess@usdoj.gov

<u>Mailing Address:</u>
Post Office Box 883
Washington, D.C.  20044

<u>Courier Address:</u>
20 Massachusetts Ave., N.W.
Room 6122
Washington, D.C. 20001

*Attorneys for the United States of America*