UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LA RÉUNION AÉRIENNE, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| ) | Civil Action No. 05-01932 (HHK) |
| SOCIALIST PEOPLE'S LIBYAN ) | |
| ARAB JAMAHIRIYA, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**STATEMENT OF INTEREST OF THE UNITED STATES**

Pursuant to 28 U.S.C. § 517, the United States hereby respectfully informs the Court that the Court's invitation to the Attorney General to submit views regarding the application in this case of the head-of-state immunity doctrine is under active consideration.

As the previous report submitted to the Court indicates, the United States government has been closely involved in efforts to resolve outstanding claims against Libya or its officials pending in U.S. courts. Out-of-court settlements of these claims would be in the interests of the claimants, who would be able to avoid the burden and delay of litigation. At the same time, removing such disputes from the bilateral agenda would serve the broader national interest.

Facilitating resolution of claims against Libya and Libyan officials remains a high priority for the United States. Since filing a report with the court in August 2007, U.S. officials — including Secretary of State Condoleezza Rice, during meetings in connection with the United Nations General Assembly, and Assistant Secretary of State

C. David Welch, while traveling to Tripoli — have continued to discuss pending cases with Libyan officials and to press for their resolution. To facilitate these efforts, the United States would prefer to defer participation in this litigation at the present time, and will provide the Court a further status report no later than April 15, 2008. Counsel for both parties have been informed that the United States plans to defer any filing in this case until a later date. The United States greatly appreciates the Court's patience in this matter.

Dated: December 14, 2007　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　JEFFREY S. BUCHOLTZ
　　　　　　　　　　　　　　　　　　　　　Acting Assistant Attorney General

　　　　　　　　　　　　　　　　　　　　　JEFFREY A. TAYLOR
　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　VINCENT M. GARVEY
　　　　　　　　　　　　　　　　　　　　　Deputy Branch Director

　　　　　　　　　　　　　　　　　　　　　　/s/ Daniel Riess
　　　　　　　　　　　　　　　　　　　　　DANIEL RIESS (Texas Bar No. 24037359)
　　　　　　　　　　　　　　　　　　　　　Civil Division
　　　　　　　　　　　　　　　　　　　　　United States Department of Justice
　　　　　　　　　　　　　　　　　　　　　Tel: (202) 353-3098
　　　　　　　　　　　　　　　　　　　　　Fax: (202) 616-8460
　　　　　　　　　　　　　　　　　　　　　Email: Daniel.Riess@usdoj.gov

　　　　　　　　　　　　　　　　　　　　　Mailing Address:
　　　　　　　　　　　　　　　　　　　　　Post Office Box 883
　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20044

　　　　　　　　　　　　　　　　　　　　　Courier Address:
　　　　　　　　　　　　　　　　　　　　　20 Massachusetts Ave., N.W.
　　　　　　　　　　　　　　　　　　　　　Room 6122
　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20001

　　　　　　　　　　　　　　　　　　　　　*Attorneys for the United States of America*