UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LA RÉUNION AÉRIENNE,<br><br>Plaintiff,<br>v.<br><br>SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA, LIBYAN EXTERNAL SECURITY ORGANIZATION, MUAMMAR QADHAFI, ABDALLAH SENOUSSI, AHMED ABDALLAH ELAZRAGH, IBRAHIM NAELI, ARBAS MUSBAH, ISSA ABDELSALAM SHIBANI AND ABDELSALAM HAMMOUDA EL AGELI<br><br>Defendants. | Civil Action No. 05-01932 (HHK) |

**ORDER**

This matter having come before the Court on the Plaintiff's Motion Pursuant to 28 U.S.C. § 1605A, and for Leave to Amend the Complaint, and the Court having been sufficiently advised,

It hereby is adjudged and Ordered, this ___ day of _____ 2008, that

(1) Plaintiff's Motion for Leave to File an Amended Complaint is GRANTED; and

(2) The Amended Complaint shall be deemed to be a re-filing of Plaintiff's claims pursuant to 28 U.S.C. § 1605A.

Upon the filing of this Order, the Clerk of the Court shall file the Amended Complaint which is attached to Plaintiff's Motion herein as Exhibit "2," and Defendants are directed to respond thereto within the time allotted under the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

                                                          _____

Henry H. Kennedy
United States District Judge