# EXHIBIT A

# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 07-7050**  **September Term, 2007**

05cv01932

Filed On: January 30, 2008

[1095562]
La Reunion Aerienne,
    Appellee

    v.

Socialist People's Libyan Arab Jamahiriya and Libyan
External Security Organization,
    Appellants

Muammar Qadhafi,
    Appellees

    **BEFORE**:   Ginsburg, *Chief Judge*, and Sentelle and Brown, *Circuit Judges*

## O R D E R

On January 28, 2008, the President signed into law the National Defense Authorization Act for Fiscal Year 2008. Section 1083 of the Act replaces 28 U.S.C. § 1605(a)(7) with new § 1605A. Because jurisdiction for this case was laid under § 1605(a)(7), it is

**ORDERED** that the parties be prepared to address at oral argument the effect of the Act, if any, upon this appeal.

**Per Curiam**

    **FOR THE COURT:**
    Mark J. Langer, Clerk

BY:

    Cheri Carter
    Deputy Clerk