## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LA REUNION AERIENNE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Case No. 05-1932 (HHK) |
| | ) |
| SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA, *ET AL.,* | ) ) ) |
| Defendants. | ) |

### **ORDER**

The Court, having considered plaintiff's motion for leave to amend the complaint, defendants' opposition, and all relevant responses and replies thereto, it is hereby

**ORDERED**, that plaintiff's motion for leave is **STAYED** until such time as the above captioned case is remanded back to the Court for further proceedings from the United States Court of Appeals for the District of Columbia Circuit.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2008