UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| LA REUNION AERIENNE,<br><br>*Plaintiff*,<br><br>v.<br><br>SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA, *et al.*,<br><br>*Defendants*. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:05-cv-01932-HHK<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE OF NICOLE E. ERB

To the Clerk of this Court and all parties of record:

Please enter my appearance in this case for Defendants Socialist People's Libyan Arab Jamahiriya and Libyan External Security Organization. I certify that I am a member of the bar for the United States District Court for the District of Columbia.

Dated: April 4, 2008

Respectfully submitted,

**WHITE & CASE** LLP

/s/ Nicole E. Erb
Nicole E. Erb (D.C. Bar No. 466620)
701 Thirteenth Street, N.W.
Washington, DC 20005
Tel.: (202) 626-3600
Fax: (202) 639-9355

*Counsel for Defendants Socialist People's Libyan Arab Jamahiriya and Libyan External Security Organization*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 4, 2008, a copy of the foregoing Notice of Withdrawal was served upon the following parties via the Electronic Case Filing ("ECF") system:

Christopher Burgess Kende
Cozen O'Connor
45 Broadway, 16th Floor
New York, NY 10006

*Counsel for Plaintiff*

Daniel Riess
U.S. Department of Justice
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530

*Counsel for Interested Party United States of America*

/s/ Nicole E. Erb