# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| LA REUNION AERIENNE | ) | |
| *Plaintiff*, | ) | |
| v. | ) | Civil Action No. 1:05-cv-01932-HHK |
| SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA, *et al.*, | ) | |
| *Defendants*. | ) | |

## **ORDER**

Upon consideration of defense counsel's Motion to Withdraw Appearance on behalf of Socialist People's Libyan Arab Jamahiriya and the Libyan External Security Organization, it is hereby **ORDERED** that the motion is **GRANTED.**

_____
Judge Henry H. Kennedy
United States District Judge

Dated: _____, 2008.