UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LA RÉUNION AÉRIENNE, | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) Civil Action No. 05-01932 (HHK) |
| SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA, et al., | ) |
| Defendants. | ) |

**STATEMENT OF INTEREST OF THE UNITED STATES**

Pursuant to 28 U.S.C. § 517, the United States hereby respectfully informs the Court that the Court's invitation to the Attorney General to submit views regarding the application in this case of the head-of-state immunity doctrine remains under active consideration.

As the previous report submitted to the Court indicates, the United States government has been closely involved in efforts to resolve outstanding claims against Libya or its officials pending in U.S. courts. Last month, Libyan representatives presented a new proposal for resolving outstanding claims, and the United States is engaging in government-to-government discussions to explore that proposal. To facilitate these efforts, the United States would prefer to defer participation in this litigation at the present time, and will provide the Court a further status report no later than August 15, 2008. Counsel for the parties have been informed that the United States plans to defer any filing in this case until a later date. The United States greatly appreciates the Court's patience in this matter.

Dated: April 15, 2008                          Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

VINCENT M. GARVEY
Deputy Branch Director

  /s/ Daniel Riess
DANIEL RIESS (Texas Bar No. 24037359)
Civil Division
United States Department of Justice
Tel: (202) 353-3098
Fax: (202) 616-8460
Email: Daniel.Riess@usdoj.gov

Mailing Address:
Post Office Box 883
Washington, D.C.  20044

Courier Address:
20 Massachusetts Ave., N.W.
Room 6122
Washington, D.C. 20001

*Attorneys for the United States of America*