AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

La Reunion Arienne

        Plaintiff(s)      )  **APPEARANCE**

        vs.        )  CASE NUMBER   05-01932 (HHK)

Socialist Peoples' Libyan Arab Jamahirya, et al.

        Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of   Eric L. Lewis   as counsel in this
                                   (Attorney's Name)

case for:   Muammar Qadhafi, Abdallah Senoussi, Ahmed Abdallah Elazragh, Ibrahim Naeli, Arbas Musbah, Issa Abdelsalam Shibani, Abdelsalam Mammouda el Ageli
                           (Name of party or parties)

| | |
|---|---|
| 4/22/2008 | /s/Eric L. Lewis |
| Date | Signature |
| | Eric L. Lewis |
| 394643 | Print Name |
| BAR IDENTIFICATION | 1201 F Street N.W., Suite 500 |
| | Address |
| | Washington  D.C.  20004 |
| | City   State   Zip Code |
| | (202) 833-8900 |
| | Phone Number |