A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

La Reunion Arienne

   Plaintiff(s)   )   **APPEARANCE**

     vs.    )   CASE NUMBER 05-01932 (HHK)

Socialist Peoples' Libyan Arab Jamahirya, et al.

   Defendant(s)  )

To the Clerk of this court and all parties of record:

Please enter the appearance of **Duane K. Thompson** as counsel in this
(Attorney's Name)

case for: Muammar Qadhafi, Abdallah Senoussi, Ahmed Abdallah Elazragh, Ibrahim Naeli, Arbas Musbah, Issa Abdelsalam Shibani, Abdelsalam Mammouda el Ageli
(Name of party or parties)

| | |
|---|---|
| 4/22/2008 | /s/ Duane K. Thompson |
| Date | Signature |
| | Duane K. Thompson |
| 376180 | Print Name |
| BAR IDENTIFICATION | 1201 F Street N.W., Suite 500 |
| | Address |
| | Washington D.C. 20004 |
| | City   State   Zip Code |
| | (202) 833-8900 |
| | Phone Number |