# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LA REUNION AERIENNE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Case No. 05-1932 (HHK) |
| | ) |
| | ) |
| SOCIALIST PEOPLE'S LIBYAN | ) |
| ARAB JAMAHIRIYA, *ET AL.*, | ) |
| | ) |
| Defendants. | ) |

## **MOTION TO WITHDRAW APPEARANCE**

Pursuant to Local Civil Rule 83.6(c), undersigned counsel Arman Dabiri moves this Court to withdraw his appearance on behalf of Defendants, Muammar al-Qadhafi, Abdallah Senoussi, Ahmed Abdallah Elazragh, Ibrahim Naeli, Arbas Musbah, Issa Abdelsalam Shibani, and Abdelsalam Hammouda El Ageli in their official capacities.

Undersigned counsel was instructed by the Libyan government, as well as the law firm of White & Case which has appeared as counsel on behalf of the Libyan government, to continue as counsel on behalf of the individual defendants in their official capacity, until such time as new counsel could be retained on behalf of the defendants.

On April 22, 2008, a Notice of Appearance by "Eric Leslie Lewis" of the law firm of Baach Robinson & Lewis, P.L.L.C. was filed on behalf of defendants Muammar al-Qadhafi, Abdallah Senoussi, Ahmed Abdallah Elazragh, Ibrahim Naeli, Arbas Musbah, Issa Abdelsalam Shibani, and Abdelsalam Hammouda El Ageli.[1]

---

[1] Undersigned counsel has never been retained by the individual defendants in the above captioned case in their personal capacity. Subsequently a motion will be unnecessary as

The individual defendants will not be prejudiced by this withdrawal as they are now represented by new counsel.

A proposed order is attached hereto.

Dated:    May 7, 2008                    Respectfully submitted,


                                          /s//
                                          Arman Dabiri
                                          Law Offices of Arman Dabiri
                                               & Associates, P.L.L.C.
                                          1725 I Street, N.W.
                                          Suite 300
                                          Washington, D.C. 20006
                                          Tel. (202) 349-3893
                                          E-mail: aarmandab@worldnet.att.net

---

undersigned counsel has never made an appearance on behalf of the individual defendants in their personal capacity.