## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LA REUNION AERIENNE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Case No. 05-1932 (HHK) |
| | ) |
| SOCIALIST PEOPLE'S LIBYAN | ) |
| ARAB JAMAHIRIYA, *ET AL.,* | ) |
| | ) |
| Defendants. | ) |

### ORDER

Upon consideration of defense counsel's Motion to Withdraw Appearance on behalf of Muammar al-Qadhafi, Abdallah Senoussi, Ahmed Abdallah Elazragh, Ibrahim Naeli, Arbas Musbah, Issa Abdelsalam Shibani, and Abdelsalam Hammouda El Ageli,(in their official capacity), it is hereby

**ORDERED** that the motion is **GRANTED.**

Dated: _____, 2008

_____
United States District Judge