# Exhibit C

Case 1:05-cv-01932-HHK    Document 46-4    Filed 08/12/2008    Page 2 of 2



## Libya: Passage of Legislation on Compensation for Claims

**Secretary Condoleezza Rice**
Washington, DC
August 1, 2008

Yesterday, Congress passed important legislation that will further efforts to obtain fair compensation for American citizens in their claims against the Libyan government. I applaud the Congress' action. We hope administration efforts, working with the Congress, will help our fellow citizens close a painful chapter in their lives. The United States also looks forward to expanding its relationship with Libya and its people as we resolve contentious issues from the past.

**2008/614**

Released on August 1, 2008



Published by the U.S. Department of State Website at http://www.state.gov maintained by the Bureau of Public Affairs.