UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LA RÉUNION AÉRIENNE, | ) |
| | ) |
|       Plaintiff, | ) |
| v. | ) |
| | ) |
| | )   Civil Action No. 05-01932 (HHK) |
| SOCIALIST PEOPLE'S LIBYAN | ) |
| ARAB JAMAHIRIYA, et al., | ) |
| | ) |
|       Defendants. | ) |
| | ) |

### REPORT OF THE UNITED STATES

      The United States hereby respectfully informs the Court that the Court's invitation to the Attorney General to submit views regarding the application in this case of the head-of-state immunity doctrine remains under active consideration.

      On August 4, 2008, President Bush signed into law the Libyan Claims Resolution Act, the text of which is attached as Exhibit 1.  The purpose of the Act is to facilitate the rapid recovery of fair compensation by American nationals with terrorism-related claims against Libya.  This is to be achieved through implementation of the Claims Settlement Agreement Between the United States of America and the Great Socialist People's Libyan Arab Jamahiriya, which was signed on August 14, 2008.

      Because participation by the United States at this time in the litigation could potentially interfere with the implementation of the agreement, the United States would prefer to defer participation, if any, until a later date.  The United States intends to provide the Court with a further status report no later than November 14, 2008.  Counsel for the parties have been informed that the United States plans to defer any potential participation.  The United States greatly appreciates the Court's patience in this matter.

Dated: August 15, 2008    Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

VINCENT M. GARVEY
Deputy Branch Director

  /s/ Daniel Riess
DANIEL RIESS (Texas Bar No. 24037359)
Civil Division
United States Department of Justice
Tel: (202) 353-3098
Fax: (202) 616-8460
Email: Daniel.Riess@usdoj.gov

Mailing Address:
Post Office Box 883
Washington, D.C.  20044

Courier Address:
20 Massachusetts Ave., N.W.
Room 6122
Washington, D.C. 20001

*Attorneys for the United States of America*