# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 07-7050**  September Term, 2007

LA REUNION AERIENNE,  
    APPELLEE

FILED ON JULY 25, 2008

v.

SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA AND  
LIBYAN EXTERNAL SECURITY ORGANIZATION,  
    APPELLANTS

Appeal from the United States District Court  
for the District of Columbia  
(No. 05cv01932)

Before: SENTELLE, *Chief Judge*, and GINSBURG and BROWN, *Circuit Judges*.

## JUDGMENT

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in this cause is hereby affirmed in part, and the appeal dismissed in part, in accordance with the opinion of the court filed herein this date.

**Per Curiam**

**MANDATE**  
Pursuant to the provisions of Fed. R. App.Pro.41(a)  
ISSUED: 9/4/08  
BY:  
ATTACHED: ___ Amending Order  
    ___ Opinion  
    ___ Order on Costs

**FOR THE COURT:**  
Mark J. Langer, Clerk

BY: MaryAnne McMain  
Deputy Clerk

Date: July 25, 2008

Opinion for the court filed by Chief Judge Sentelle.

A True copy:  
United States Court of Appeals  
for the District of Columbia Circuit  
By: _____ Deputy Clerk